# EXHIBIT A



## metropolis

PO BOX 5386
Carol Stream, IL 60197

Address Service Requested

Yousef Alhindi

### Violation Summary

| | |
|---|---|
| License plate | |
| Plate state | TN |
| Amount due | $125.34 |
| Pay by | Upon Receipt |

## Notice of Parking Violation

You have received this violation because a vehicle registered to you recently parked at a Metropolis-managed parking facility and left without paying the amount due. This violation includes the location where the parking trip took place and photos of the vehicle.

Metropolis is providing this courtesy notice to allow the amounts due to Metropolis to be paid online through its payment processing portal **www.payments.metropolis.io**. Payment is due upon receipt of this notice. Please note that checks or cash are not accepted.

## Violation Details



| Violation Number | Location Address | Unpaid Fare | Violation Fine | Entry | Exit | Entry | Exit |
|---|---|---|---|---|---|---|---|
| | 700 8th Ave S, Nashville, TN 37203 | $60.09 | $65.25 | | | | |

### Scan QR code to pay online



or visit **www.payments.metropolis.io**

❶ Enter violation number
   or plate number

❷ Pay with a credit or debit card

For help or to dispute this ticket, you may contact customer service via **www.payments.metropolis.io**. If you do not dispute this violation within 30 days of receiving this notice, Metropolis will assume the ticket and monies owed are valid.

Metropolis is not a debt collection agency. Please note, all vehicles that fail to pay for parking violations may be subject to additional fees, referred to a dedicated collection agency or incur other legal action, future ticketing, booting and/or towing, at the sole discretion of Metropolis.