Case 3:24-cv-00748   Document 26   Filed 09/26/24   Page 1 of 3 PageID #: 99

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |  |
|---|---|---|
| YOUSEF ALHINDI, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:24-CV-00748 |
| v. | ) ) | Judge Aleta A. Trauger |
| METROPOLIS TECHNOLOGIES, INC., a Delaware Corporation | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT METROPOLIS TECHNOLOGIES, INC.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Metropolis Technologies, Inc. ("Metropolis"), by its undersigned counsel, respectfully moves to dismiss this action pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that (1) Plaintiff lacks standing to pursue this matter under the Driver's Privacy Protection Act, 1 U.S.C. § 2721, *et seq.* ("DPPA"), and (2) the Complaint fails to state a plausible claim for relief under the DPPA.

In support of this Motion, Metropolis relies on the accompanying Memorandum of Law.

Dated: September 26, 2024

Respectfully submitted,

*s/ Brigid M. Carpenter*
Brigid M. Carpenter
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Ave., Suite 2000
Nashville, TN 37203
Tel: (615) 726-7341
bcarpenter@bakerdonelson.com

<span style="margin-left:45%">*s/ Melissa A. Siebert by BMC by permission*</span>
Melissa A. Siebert (Pro Hac Vice)
Corey Hickman (Pro Hac Vice)
Cozen O'Connor
123 N. Wacker Dr.
Suite 1800
Chicago, IL  60606
Tel.: (312) 832-3100
msiebert@cozen.com
chickman@cozen.com

*Attorneys for Defendant Metropolis Technologies, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served on the party listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Mary A. Parker
Parker & Crofford
5115 Maryland Way
Brentwood, Tennessee 37027
mparker@parker-crofford.com

Scott D. Owens
Scott D. Owens, P.A.
2750 N. 29th Avenue, Suite 209A
Hollywood, Florida 33020
scott@scottdowens.com

Bret Lusskin, Jr.
Bret Lusskin, P.A.
1025 E. Hallandale Beach Boulevard
Suite 1532
Hallandale Beach, Florida 33009
blusskin@lusskinlaw.com

Janet R. Varnell
Christopher J. Brochu
Varnell & Warwick, P.A.
400 N Ashley Drive, Suite 1900
Tampa, Florida 33602
jvarnell@vandwlaw.com
cbrochu@vandwlaw.com
ckoerner@vandwlaw.com

this 26th day of September, 2024.

*s/Brigid M. Carpenter*
Brigid M. Carpenter