IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MATTHEW PETRONE, and GREGORY ANDERSON, individually and on behalf of all others similarly situated, | Case No. 3:24-CV-00928 |
| Plaintiffs, | Hon. William L. Campbell, Jr. |
| v. | |
| METROPOLIS TECHNOLOGIES INC., | |
| Defendant. | |

### *PETRONE* PLAINTIFF'S RESPONSE TO *ALHINDI* ORDER RE: CONSOLIDATION (ECF. NO. 36)

Plaintiffs Matthew Petrone and Gregory Anderson ("Plaintiffs") and Brendan Appel (who filed a related case in the Central District of California – *Appel v. Metropolis Technologies, Inc.*, Case No. 2:24-cv-05477-SPG-MAR – that has since been dismissed with the intention of joining the *Petrone* matter) submit the foregoing response to the October 18, 2024 order in *Alhindi v. Metropolis Technologies, Inc.*, Case No. 3:24-cv-00748 (ECF. No. 36) (the "Order"). The Order directed the *Alhindi* Parties to "jointly file a notice stating whether they seek consolidation for all purposes, including class certification and trial, and whether Plaintiff Alhindi [would] file a single consolidated complaint with the [*Petrone* Plaintiffs]." ECF 36.

Counsel for Plaintiffs met and conferred with Plaintiff Alhindi's counsel on October 29, 2024, and were informed that Plaintiff Alhindi would not seek consolidation for all purposes. It is also Plaintiffs' understanding that Defendant does not believe a consolidated complaint is appropriate. Plaintiffs respectfully disagree and submit that consolidation for all purposes, and

filing of a consolidated complaint is appropriate. In particular, there are great efficiencies in consolidation for all purposes because the complaints in each case assert identical facts, the same cause of action [violation of the Driver's Privacy Protection Act, 1 U.S.C. § 2721, *et seq.* ("DPPA")], and the proposed classes are identical. Failure to consolidate for all purposes would create significant inefficiencies. For example, Defendant has filed separate, but functionally identical, motions to dismiss the complaints in the cases. Resolution of the motions would require duplicative briefing that serves no purpose but to strain the Court's resources. To that end, Plaintiffs respectfully request that the Court set a briefing schedule for Plaintiffs to file a motion to consolidate and a motion for appointment of interim class counsel.

Dated: October 31, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**
By: */s/ Philip L. Fraietta*

Philip L. Fraietta*
Caroline C. Donovan*
1330 Avenue of the Americas, Fl 32
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
cdonovan@bursor.com

**BURSOR & FISHER, P.A.**
Brittany S. Scott*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: bscott@bursor.com

**STRANCH, JENNINGS & GARVEY, PLLC**
J. Gerard Stranch , IV (BPR 23045)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200

Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: gstranch@stranchlaw.com

*pro hac vice*

*Attorneys for Plaintiffs*