MOTION GRANTED. The Initial Case Management Conference is hereby set for August 27, 2025 at 9:30 a.m. via telephone. All parties shall call 1-855-244-8681, and when prompted for the access code, enter 23139129180# to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| YOUSEF ALHINDI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Metropolis Technologies Inc., A Delaware corporation,<br><br>Defendant. | Case No: 3:24-cv-00748<br>Judge Campbell<br><br>CLASS ACTION<br>DEMAND FOR JURY TRIAL |

**MOTION TO SET CASE MANAGEMENT CONFERENCE**

COMES NOW Plaintiff, by and through undersigned counsel, and hereby moves this Court to set a Case Management Conference in the above-captioned matter.

Respectfully submitted,

**PARKER & CROFFORD**

/s/ Mary A. Parker
Mary A. Parker
TN Bar # 006016
5115 Maryland Way
Brentwood, TN 37027
(615) 244-2445  Office
(615) 255-6037  Fax
mparker@parker-crofford.com

**SCOTT D. OWENS, P.A.**
Scott D. Owens (*pro hac vice*)
FL Bar # 597651
2750 N. 29th Ave., Suite 209A
Hollywood, Florida 33020
Telephone:  (954) 589-0588
scott@scottdowens.com

1

**BRET LUSSKIN, P.A.**
Bret L. Lusskin, Jr., Esq. (*pro hac vice*)
FL Bar # 028069
1025 E. Hallandale Beach Blvd., Ste 1532
Hallandale Beach, FL 33009
Tel: (954) 454-5841
Fax: (954) 454-5844
blusskin@lusskinlaw.com

**VARNELL & WARWICK, P.A.**
Janet R. Varnell (*pro hac vice*)
FL Bar # 071072
Christopher J. Brochu (*pro hac vice*)
FL Bar # 1013897
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
Telephone: (352) 753-8600
Facsimile: (352) 504-3301
*jvarnell@vandwlaw.com*
*cbrochu@vandwlaw.com*
*ckoerner@vandwlaw.com*

***Attorneys for Plaintiff and the Proposed Class***

# CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Motion to Set Case Management Conference was served upon the following counsel of record via the court's electronic filing system on this the 9th day of May 2025:

Brigid M. Carpenter
Claire Marie F. Hodge
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
1600 West End Ave., Suite 2000
Nashville, TN 37203
Tel: (615) 726-7341
bcarpenter@bakerdonelson.com
cfoxhodge@bakerdonelson.com

Melissa A. Siebert (Pro Hac Vice)
Corey Hickman (Pro Hac Vice)
Cozen O'Connor
123 N. Wacker Dr.
Suite 1800
Chicago, IL 60606
Tel.: (312) 832-3100
msiebert@cozen.com
chickman@cozen.com

James Gerard Stranch , IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615-254-8801
Fax: 615-250-3937
gstranch@stranchlaw.com
*Attorney for Patrone & Anderson*


Philip Lawrence Fraietta
Bursor & Fisher, P.A.
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
646-837-7150
pfraietta@bursor.com

*Attorney for Patrone & Anderson*

/s/ Mary A. Parker
Mary A. Parker; #06016