# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 3:24-cv-00748<br>Judge Campbell<br>Magistrate Judge Frensley |
| MATTHEW PETRONE and GREGORY ANDERSON, individually and on behalf of all others similarly situated,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 3:24-cv-00928<br>Judge Campbell<br>Magistrate Judge Frensley |

## JOINT MOTION TO SET DEADLINES

Plaintiff Yousef Alhindi (Case No. 3:24-CV-00748) and Plaintiffs Matthew Petrone and Gregory Anderson (Case No. 3:24-CV-00928) and Defendant Metropolis Technologies, Inc. ("Metropolis"), pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6.01, move to set the following deadlines in these recently consolidated cases, which currently are not subject to an existing Case Management Order:

October 15, 2025:   Plaintiffs shall file a Consolidated Class Action Complaint

November 14, 2025:  Metropolis shall respond to Plaintiffs' Consolidated Class Action Complaint

The parties have agreed upon these deadlines and request that the Court memorialize them in an Order granting this joint motion.

Respectfully submitted:

| | |
|---|---|
| *s/ Brigid M. Carpenter* <br> Brigid M. Carpenter (BPR No. 018134) <br> Claire M. Fox Hodge (BPR No. 037560) <br> BAKER, DONELSON, BEARMAN, <br> CALDWELL & BERKOWITZ, P.C. <br> 1600 West End Ave., Suite 2000 <br> Nashville, Tennessee 37203 <br> 615-726-7341 <br> bcarpenter@bakerdonelson.com <br> cfoxhodge@bakerdonelson.com <br><br> Melissa A. Siebert (*Pro Hac Vice*) <br> Corey Hickman (*Pro Hac Vice*) <br> COZEN O'CONNOR <br> 123 N. Wacker Dr., Suite 1800 <br> Chicago, Illinois 60606 <br> msiebert@cozen.com <br> chickman@cozen.com <br><br> *Attorneys for Defendant Metropolis Technologies, Inc* | *s/ J. Gerard Stranch, IV by BMC by permission* <br> J. Gerard Stranch, IV <br> STRANCH, JENNINGS & GARVEY, PLLC <br> 223 Rosa L. Parks Avenue, Suite 200 <br> Nashville, Tennessee 37203 <br> (615) 254-8801 <br> gstranch@stranchlaw.com <br><br> Janet R. Varnell <br> VARNELL & WARWICK, P.A. <br> 400 N Ashley Drive, Suite 1900 <br> Tampa, Florida 33602 <br> (352) 504-3301 <br> jvarnell@vandwlaw.com <br><br> *Interim Co-Lead Class Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a true and correct copy of the foregoing Joint Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter:

Mary A. Parker
PARKER & CROFFORD
5115 Maryland Way
Brentwood, Tennessee 37027
mparker@parker-crofford.com

Scott D. Owens
SCOTT D. OWENS, P.A.
2750 N. 29th Avenue, Suite 209A
Hollywood, Florida 33020
scott@scottdowens.com

Bret Lusskin, Jr.
BRET LUSSKIN, P.A.
1025 E. Hallandale Beach Blvd, Suite 1532
Hallandale Beach, Florida 33009
blusskin@lusskinlaw.com

Janet R. Varnell
Christopher J. Brochu
VARNELL & WARWICK, P.A.
400 N Ashley Drive, Suite 1900
Tampa, Florida 33602
jvarnell@vandwlaw.com
cbrochu@vandwlaw.com
ckoerner@vandwlaw.com

*Attorneys for Plaintiff Yousef Alhindi*

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com

Philip L. Fraietta
Caroline C. Donovan
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, Fl 32
New York, New York 10019
pfraietta@bursor.com
cdonovan@bursor.com

Brittany S. Scott
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, California 94596
bscott@bursor.com

*Attorneys for Plaintiffs Matthew Petrone and Gregory Anderson*

 

*s/ Brigid M. Carpenter*
Brigid M. Carpenter