IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES, INC.,<br><br>   Defendant. | No. 3:24-cv-00748<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

Defendant filed a motion to dismiss the first amended complaint (Doc. No. 34) in this case and motions to dismiss the complaint and first amended complaint (Doc. Nos. 23, 43) in Case No. 3:24-cv-00928. After those motions were filed, Case No. 3:24-cv-00928 was consolidated with the present case (Doc. No. 49), and Plaintiffs filed a consolidated class action complaint (Doc. No. 65). Accordingly, Defendant's pending motion to dismiss (Doc. No. 34) in this case as well as its motions to dismiss (Doc. Nos. 23, 43) filed in in Case No. 3:24-cv-00928 are **DENIED** as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE