IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 3:24-cv-00748<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## NOTICE OF APPEARANCE FOR JONATHAN E. NELSON

PLEASE TAKE NOTICE that Jonathan E. Nelson of the law firm of Bass, Berry & Sims PLC, enters his appearance in the above-captioned matter as counsel for Defendant Metropolis Technologies Inc.

DATED: October 30, 2025

                                      Respectfully submitted,

                                      */s/ Jonathan E. Nelson*
                                      Jonathan E. Nelson (TN BPR No. 028029)
                                      Bass, Berry & Sims PLC
                                      100 Peabody Place, Suite 1300
                                      Memphis, TN 38103
                                      Phone: (901) 543-5900
                                      Facsimile: (615) 742-6293
                                      jenelson@bassberry.com

                                      *Counsel for Defendant*
                                      *Metropolis Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025 a true and correct copy of the foregoing was filed via the CM/ECF system which will forward a copy to all counsel of record.

*/s/ Jonathan E. Nelson*
Jonathan E. Nelson