IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 3:24-cv-00748<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## NOTICE OF APPEARANCE FOR JAMES W. MILLER

PLEASE TAKE NOTICE that James W. Miller of the law firm of Bass, Berry & Sims PLC, enters his appearance in the above-captioned matter as counsel for Defendant Metropolis Technologies Inc.

DATED: October 30, 2025

Respectfully submitted,

*/s/ James W. Miller*
James W. Miller (TN BPR No. 040369)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com

*Counsel for Defendant*
*Metropolis Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025 a true and correct copy of the foregoing was filed via the CM/ECF system which will forward a copy to all counsel of record.

*/s/ James W. Miller*
James W. Miller