# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLIS TECHNOLOGIES INC., <br><br> Defendant. | Case No. 3:24-cv-00748 <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley |

## UNOPPOSED MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant, Metropolis Technologies Inc., by and through its attorneys, respectfully moves pursuant to Local Rule 83.01(h) to substitute counsel and states as follows:

1. Defendant's counsel of record is Brigid M. Carpenter and Clare Marie F. Hodge, both of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., and Corey T. Hickman and Melissa A. Siebert, both of the law firm Cozen O'Connor P.C.

2. Defendant wishes to substitute Jonathan E. Nelson (TN BPR No. 028029) and James W. Miller (TN BPR No. 040369) in place of Ms. Carpenter and Ms. Hodge.

3. Mr. Nelson is located in Memphis, Tennessee and Mr. Miller is located in Nashville, Tennessee; both are admitted to practice before this Court; and both are willing and prepared to represent Defendant Metropolis Technologies, Inc. in this matter.

4. Defendant respectfully requests that Ms. Carpenter and Ms. Hodge be removed from this matter and have no further responsibility for representation of Defendant.

5. Defendant further requests to substitute Suyash Agrawal and Christopher M. Walling in place of Mr. Hickman and Ms. Siebert.

6. Motions for admission pro hac vice for Mr. Agrawal and Mr. Walling are being filed contemporaneously with this Motion.

7. Upon the granting of those motions for admission pro hac vice, Defendant respectfully requests that Mr. Hickman and Ms. Siebert be removed from this matter and have no further responsibility for representation of Defendant.

8. No party opposes this Motion.

9. The requested substitution is not being sought for purposes of delay.

10. Counsel respectfully requests that all future filings, correspondence and other communications be furnished to:

> Suyash Agrawal
> Christopher M. Walling
> Massey & Gail LLP
> 50 East Washington Street, Suite 400
> Chicago, IL 60602
> Phone: (312) 283-1590
> Facsimile: (312) 379-0467
> sagrawal@masseygail.com
> cwalling@masseygail.com

> Jonathan E. Nelson (TN BPR No. 028029)
> Bass, Berry & Sims PLC
> 100 Peabody Place, Suite 1300
> Memphis, TN 38103
> Phone: (901) 543-5900
> Facsimile: (615) 742-6293
> jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com

Dated this 30th day of October, 2025.

Respectfully submitted,

*s/ Brigid M. Carpenter (with permission JEN)*
Brigid M. Carpenter (BPR No. 018134)
Claire M. Fox Hodge (BPR No. 037560)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
1600 West End Ave., Suite 2000
Nashville, Tennessee 37203
615-726-7341
bcarpenter@bakerdonelson.com
cfoxhodge@bakerdonelson.com

Melissa A. Siebert (Admitted *Pro Hac Vice*)
Corey Hickman (Admitted *Pro Hac Vice*)
COZEN O'CONNOR
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
msiebert@cozen.com
chickman@cozen.com

/s/ Jonathan E. Nelson
Jonathan E. Nelson (TN BPR No. 028029)
Bass, Berry & Sims PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Phone: (901) 543-5900
Facsimile: (615) 742-6293
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com

Suyash Agrawal (*pro hac vice* pending)
Christopher M. Walling (*pro hac vice* pending)
Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendant*
*Metropolis Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2025 a true and correct copy of the foregoing was filed via the CM/ECF system which will forward a copy to all counsel of record.

                                                                            */s/ Jonathan E. Nelson*
                                                                            Jonathan E. Nelson