# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

                     **}ss.** Suyash Agrawal

*Northern District of Illinois*

     I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

     DO HEREBY CERTIFY That Suyash Agrawal was duly admitted to practice in said Court on (11/09/2012) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/28/2025 )

                              Thomas G. Bruton , Clerk,

                              By:  G. Corneliusen
                                  Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ G. CORNELIUSEN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
October 28, 2025