# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Christopher Matthew Walling

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Christopher Matthew Walling was duly admitted to practice in said Court on (05/18/2022) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (10/28/2025 )

                                         Thomas G. Bruton , Clerk,

                                 By: G. Corneliusen
                                         Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ G. CORNELIUSEN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 28, 2025