IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:24-cv-00748<br><br>**Chief Judge William L. Campbell, Jr.**<br>**Magistrate Judge Jeffery S. Frensley** |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Pursuant to Local Rules 6.01 and 7.01, Defendant Metropolis Technologies, Inc. ("Metropolis") respectfully moves this Court for an Order extending the deadline to answer or otherwise respond to the Consolidated Amended Complaint (Doc. No. 65) filed by Plaintiffs Yousef Alhindi ("Alhindi"), Matthew Petrone, Greogry Anderson, and Brendan Appel, individually and on behalf of all others similarly situated, (collectively "Plaintiffs"). As grounds for this Motion, Metropolis respectfully states as follows:

1. On June 19, 2024, Alhindi filed a Complaint against Metropolis. (Doc. No. 1).

2. And on October 3, 2024, Alhindi filed an Amended Complaint. (Doc. No. 29).

3. Metropolis and Alhindi then filed a joint Motion to Consolidate this case with *Matthew Petrone, et al. v. Metropolis Technologies Inc.*, Case No. 3:24-cv-00928 on October 14, 2024, (Doc. No. 31), and Metropolis then filed a Motion to Dismiss the Amended Complaint on October 17, 2024, (Doc. No. 34).

4. Pending resolution of the joint Motion to Consolidate, the Court stayed briefing on Metropolis's Motion to Dismiss. (Doc. No. 37).

1

5. On July 21, 2025, the Court granted the Motion to Consolidate, (Doc. No. 49), and thereafter lifted the stay on the parties' briefing of Metropolis's Motion to Dismiss, (Doc. No. 52).

6. Plaintiffs then filed their Consolidated Amended Complaint on October 15, 2025. (Doc. No. 65).

7. And the Court accordingly denied Metropolis's Motion to Dismiss as moot on October 22, 2025. (Doc. No. 69).

8. Pursuant to the Court's Order granting the parties' joint Motion to Set Deadlines, Metropolis currently has until November 14, 2025 to respond to the Consolidated Amended Complaint. (Doc. No. 66).

9. Metropolis now respectfully requests an extension of time to file an answer or otherwise respond to Plaintiffs' Consolidated Amended Complaint until December 5, 2025.

10. Metropolis requires additional time to respond in order to fully review and investigate the allegations presented in the Consolidated Amended Complaint and to accommodate for counsel for Metropolis's previously scheduled professional obligations and the interim Thanksgiving holiday.

11. Pursuant to Local Rule 7.01(a)(1), counsel for Metropolis has conferred with counsel for Plaintiffs, who do not oppose this request for an extension.

12. This request for an extension of time is not submitted for purposes of delay, and no party will be prejudiced by the extension requested by this Motion.

13. Metropolis has not requested a prior extension of time to answer or otherwise respond to the Consolidated Amended Complaint.

14. Accordingly, Metropolis respectfully requests that the Court enter an Order granting Metropolis's Motion for Extension of Time to Respond Plaintiffs' Consolidated Amended Complaint until December 5, 2025.

DATED: October 30, 2025.

Respectfully submitted,

/s/ Jonathan E. Nelson
Jonathan E. Nelson (TN BPR No. 028029)
Bass, Berry & Sims PLC
100 Peabody Place, Suite 1300
Memphis, TN 38103
Phone: (901) 543-5900
Facsimile: (615) 742-6293
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
Bass, Berry & Sims PLC
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com

Suyash Agrawal (*pro hac vice* pending)
Christopher M. Walling (*pro hac vice* pending)
Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendant*
*Metropolis Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025 a true and correct copy of the foregoing was filed via the CM/ECF system which will forward a copy to all counsel of record.

*/s/ Jonathan E. Nelson*
Jonathan E. Nelson
