# EXHIBIT A

    
NEWS   

# Metropolis Parking responds after complaints about Nashville private lots



Parking in downtown Nashville is always a challenge, but NewsChannel 5 is now hearing more complaints about a parking company using license plate readers to track cars in their lot.

 



By: Jason Lamb

Case 3:24-cv-00748    Document 79-1    Filed 12/05/25    Page 2 of 9 PageID #: 531



NASHVILLE, Tenn. (WTVF) — Parking in downtown Nashville is always a challenge, but *NewsChannel 5* is now hearing more complaints about a parking company using license plate readers to track cars in their lot.

In some cases, that's resulting in car owners getting tickets for trips that they say they never made.

It involves private lots owned by Metropolis Technologies, which now runs Premier Parking.

The company uses license plate readers to track cars coming in and out of the lot.

Sean Cole, from Clarksville, says he was recently sent a parking violation for parking in a Metropolis lot in Nashville last month, but he says his car hasn't been in Nashville since May or June.

That's on top of the complaint from Ralph Barnes, which NewsChannel 5 first revealed last week.

ADVERTISEMENT





In Barnes' case, the license plate readers Metropolis used didn't seem to be accurate — not only did Ralph's truck look nothing like the one in the ticket he got, but Metropolis' own cameras also show the readers even failed to properly read the tag on the truck that did park in the lot.

On Tuesday, Cole told us his ticket was for $88, $70 of which was a fine.

For comparison, Metro Police parking tickets usually run $25.

But Metro leaders tell us they are legally limited from restricting what private lots like Metropolis can charge as a fine.

Tuesday, Metropolis gave *NewsChannel 5* the following statement:

> *Our system traces license plates attached to Tennessee government records. We send notices to the addresses on file associated with those license plates.*
>
> *Metropolis recently acquired Premier Parking, and several changes have been made. Notices of penalties are now sent by Metropolis Payments, not McKinley Payments, to ensure clarity. Also,*



> *Regarding the penalties, the fees levied against individuals who fail to pay for parking are less than the cost of recovering a towed or booted vehicle. Towing and booting are the common enforcement practice in the parking industry, practices that can significantly inconvenience drivers. We understand nobody likes getting a ticket, but it's both cheaper and more convenient than the alternatives.*

Get **NewsChannel 5 Now**, wherever, whenever, always free.

Watch the live stream below, and download our apps on Roku, Apple TV, Amazon Fire TV and more. Click here to learn more.



00:16 / Live

Copyright 2022 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Recommended For You





**This Lifelike Toy Dog Is Quickly Becoming a US Family Favourite – Only $34**

Paid Content: Consumer World

**The New Hyundai Palisade Is Turning Heads Everywhere (Take A Look)**

The Hyundai Palisade has become one of the most popular SUVs in the United States!

Paid Content: Topicsift



**If Your Dog Licks Its Paws, Don't Feed Them This Anymore**

Paid Content: Ultimate Pet Nutrition

**Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Thing**

Paid Content: greenavialisus.com






**10 Discounts**
Paid Content: HealthyWallet

**Now)**
Removing ads is the first step in having a faster, safer and hassle-free browsing...
Paid Content: Safe Tech Tips



**ICE arrests mother of White House press secretary Karoline...**
NewsChannel 5 Nashville



**Arrested Montana anesthesiologist charged with child...**
NewsChannel 5 Nashville



**House Democrats unveil never-before-seen images from Epstein's...**
NewsChannel 5 Nashville



**Cardiologist: Strong Arms After 60 Comes Down To This**
Paid Content: Ultra Health Findings



**Here Are The 33 Coolest Gifts For This Year**
Paid Content: Best Gifts

**Marketplace** Sell Your Items - Free to List

Visit Full Marketplace





**Nike Air Force high top**

$110

ANNA A. l sellwild.com







**Air Force One Off white Lemonade**

$700

AMONE M. l sellwild.com

Powered by Sellwild






© 2025 Scripps Media, Inc
*Give Light and the People Will Find Their Own Way*

Phone: 615-244-5000   News   Sports   Weather   Traffic
Talk Of The Town   Newschannel 5+
Don't Waste Your Money   Support

Contact Us   Sitemap   Do Not Sell My Info   Privacy Policy
Privacy Center   Journalism Ethics Guidelines   Terms of Use
EEO   Careers   FCC Public File   FCC Public Contact
FCC Application   Accessibility Statement
Scripps Media Trust Center   Closed Captioning Contact