# EXHIBIT B

# THE AMERICAN HERITAGE DICTIONARY

## OF THE ENGLISH LANGUAGE

### THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

Case 3:24-cv-00748    Document 79-2    Filed 12/05/25    Page 2 of 5 PageID #: 540

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage Dictionary*.

Copyright © 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
  p.    cm.
  ISBN 0-395-44895-6
  1. English language—Dictionaries.
PE1628.A623    1992                              92-851
423—dc20                                            CIP

Manufactured in the United States of America

Case 3:24-cv-00748    Document 79-2    Filed 12/05/25    Page 3 of 5 PageID #: 541

"place of imprisonment." This new sense could have already been developed in Latin and not been recorded, but we have to wait until the 12th century to see it, the sense "captivity" being added in the same century. From Old French as well as the Medieval Latin word *priso*, "prison," derived from Old French, came our Middle English word *prisoun*, first recorded in a work written before 1121 in the sense "imprisonment." The sense "place of imprisonment" is recorded shortly afterward in a text copied down before 1225 but perhaps actually written in the Old English period before the Norman Conquest.

**prison camp** *n.* **1.** A camp for prisoners of war. **2.** A minimum security facility for the internment of prisoners. In this sense, also called *work camp*.

**pris·on·er** (prĭz′ə-nər, prĭz′nər) *n.* **1.** A person held in custody, captivity, or a condition of forcible restraint, especially while on trial or serving a prison sentence. **2.** One deprived of freedom of expression or action: *"He was a prisoner of his own personality—of that given set of traits that . . . predisposed him to see the world in a certain way, to make certain moves, certain choices"* (William H. Hallahan).

**prisoner of war** *n.*, *pl.* **prisoners of war.** A person taken by or surrendering to enemy forces in wartime.

**Prisoner of War Medal** *n.* A congressional decoration featuring a bald eagle surrounded by barbed wire and bayonet points, that is awarded to any American prisoner of war held captive by enemy troops after April 5, 1917.

**pris·on·er's base** (prĭz′ə-nərz, prĭz′nərz) *n.* Games. A children's game in which two teams try to capture opposing players by tagging them and bringing them to a base.

**prison fever** *n.* See **typhus.** [So called because it formerly prevailed in prisons.]

**pris·sy** (prĭs′ē) *adj.* **-si·er, -si·est.** Excessively or affectedly prim and proper. [Perhaps blend of PRI(M)¹ and (SI)SSY.] —**pris′si·ly** *adv.* —**pris′si·ness** *n.*

**pris·tine** (prĭs′tēn′, prĭ-stēn′) *adj.* **1.a.** Remaining in a pure state; uncorrupted by civilization. **b.** Remaining free from dirt or decay; clean: *pristine mountain snow.* **2.** Of, relating to, or typical of the earliest time or condition; primitive or original. [Latin *prīstinus*. See **per¹** in Appendix.] —**pris·tine′ly** *adv.*

**Pritch·ett** (prĭch′ĭt), Sir **V(ictor) S(awdon).** Born 1900. British writer of novels, literary criticism, and most notably, short stories.

**prith·ee** (prĭth′ē, prĭth′ē) *interj.* Archaic. Used to express a polite request. [Alteration of *(I) pray thee*.]

**priv.** *abbr.* **1.** Private. **2.** *Grammar.* Privative.

**pri·va·cy** (prī′və-sē) *n.* **1.a.** The quality or condition of being secluded from the presence or view of others. **b.** The state of being free from unsanctioned intrusion: *a person's right to privacy*. **2.** The state of being concealed; secrecy.

**pri·vate** (prī′vĭt) *adj.* *Abbr.* **priv., pvt. 1.a.** Secluded from the sight, presence, or intrusion of others: *a private hideaway*. **b.** Designed or intended for one's exclusive use: *a private room*. **2.a.** Of or confined to the individual; personal: *a private joke; private opinions*. **b.** Undertaken on an individual basis: *private studies; private research*. **c.** Of, relating to, or receiving special hospital services and privileges: *a private patient*. **3.** Not available for public use, control, or participation: *a private club; a private party*. **4.a.** Belonging to a particular person or persons, as opposed to the public or the government: *private property*. **b.** Conducted and supported primarily by private individuals or by a nongovernmental agency or corporation: *a private college; a private sanatorium*. **c.** Of, relating to, or derived from nongovernment sources: *private funding*. **5.** Not holding an official or public position: *a former President who is now a private citizen*. **6.a.** Not for public knowledge or disclosure; secret: *private papers; a private communication*. **b.** Not appropriate for use or display in public; intimate: *private behavior; a private tragedy*. **c.** Placing a high value on personal privacy: *a retiring, private individual*. —**private** *n.* **1.** *Abbr.* **PVT, Pvt a.** A noncommissioned rank in the U.S. Army or Marine Corps that is below private first class. **b.** One who holds this rank or a similar rank in a military or paramilitary organization. **2. privates.** Private parts. Often used with *the*. —*idioms*. **go private.** To take a publicly owned company into private ownership, as by a leveraged buyout. **in private.** Not in public; secretly or confidentially. [Middle English *privat*, from Latin *prīvātus*, not in public life, past participle of *prīvāre*, to release, deprive, from *prīvus*, single, alone. See **per¹** in Appendix.] —**pri′vate·ly** *adv.* —**pri′vate·ness** *n.*

**private detective** *n.* A privately employed detective. Also called *private eye, private investigator*.

**private enterprise** *n.* **1.** Business activities unregulated by state ownership or control; privately owned business. **2.** A privately owned business enterprise, especially one operating under a system of free enterprise or laissez-faire capitalism.

**pri·va·teer** (prī′və-tîr′) *n.* **1.** A ship privately owned and manned but authorized by a government during wartime to attack and capture enemy vessels. **2.** The commander or one of the crew of such a ship. —**privateer** *intr.v.* **-teered, -teer·ing, -teers.** To sail as a privateer.

**private eye** *n.* See **private detective.**

**private first class** *n.*, *pl.* **privates first class.** *Abbr.* **PFC, Pfc. 1.** A noncommissioned rank in the U.S. Army that is above private and below corporal or in the U.S. Marine Corps that is above private and below lance corporal. **2.** One who holds this rank.

**private investigator** *n.* *Abbr.* **PI** See **private detective.**
**private law** *n.* The branch of law that deals with the legal rights and relationships of private individuals.
**private member** *n.* *Chiefly British.* A member of Parliament who does not hold office in the government or in his or her party.
**private parts** *pl.n.* The external organs of sex and excretion.
**private school** *n.* A secondary or elementary school run and supported by private individuals or a corporation rather than by a government or public agency.

**pri·va·tion** (prī-vā′shən) *n.* **1.a.** Lack of the basic necessities or comforts of life. **b.** The condition resulting from such lack. **2.** An act, condition, or result of deprivation or loss. [Middle English *privacion*, from Old French, from Latin *prīvātiō, prīvātiōn-*, from *prīvātus*, past participle of *prīvāre*, to deprive. See PRIVATE.]

**pri·vat·ism** (prī′və-tĭz′əm) *n.* The social position of being noncommittal to or uninvolved with anything other than one's own immediate interests and lifestyle. —**pri′va·tist** *adj. & n.* —**pri′va·tis′tic** *adj.*

**priv·a·tive** (prĭv′ə-tĭv) *adj.* **1.** Causing deprivation, lack, or loss. **2.** *Abbr.* **priv.** *Grammar.* Altering the meaning of a term from positive to negative. —**privative** *n.* *Abbr.* **priv.** *Grammar.* A privative prefix or suffix, such as *a-, non-, un-*, or *-less*. [Middle English *privatif*, from Latin *prīvātīvus*, from *prīvātus*, past participle of *prīvāre*, to deprive. See PRIVATE.] —**priv′a·tive·ly** *adv.*

**pri·va·tize** (prī′və-tīz′) *tr.v.* **-tized, -tiz·ing, -tiz·es.** *Usage Problem.* To change (an industry or a business, for example) from governmental or public ownership or control to private enterprise: *"The strike . . . was called to protest the . . . government's plans to break up and privatize the deficit-ridden national railway system"* (Christian Science Monitor). See Usage Note at **-ize.** —**pri′va·ti·za′tion** (-tĭ-zā′shən) *n.*

**priv·et** (prĭv′ĭt) *n.* **1.** Any of several shrubs of the genus *Ligustrum*, especially *L. vulgare* or *L. ovalifolium*, having opposite leaves and clusters of white flowers and widely used for hedges. **2.** Any of several similar or related plants. [Origin unknown.]

**priv·i·lege** (prĭv′ə-lĭj, prĭv′lĭj) *n.* **1.a.** A special advantage, immunity, permission, right, or benefit granted to or enjoyed by an individual, a class, or a caste. See Synonyms at **right. b.** Such an advantage, an immunity, or a right held as a prerogative of status or rank, and exercised to the exclusion or detriment of others. **2.** The principle of granting and maintaining a special right or immunity: *a society based on privilege*. **3.** *Law.* The right to privileged communication in a confidential relationship, as between client and attorney, patient and physician, or communicant and priest. **4.** An option to buy or sell a stock, including put, call, spread, and straddle. —**privilege** *tr.v.* **-leged, -leg·ing, -leg·es. 1.** To grant a privilege to. **2.** To free or exempt. [Middle English, from Old French, from Latin *prīvilēgium*, a law affecting one person : *prīvus*, single, alone; see **per¹** in Appendix + *lēx, lēg-*, law; see **leg-** in Appendix.]

**priv·i·leged** (prĭv′ə-lĭjd, prĭv′lĭjd) *adj.* **1.** Enjoying a privilege or having privileges: *privileged students*. **2.** Confined to an exclusive or chosen group of individuals: *privileged information*. —**privileged** *n.* (used with a sing. or pl. verb). Those enjoying a privilege or having privileges: *tax laws that favored the privileged at the expense of the disadvantaged*.

**privileged communication** *n.* *Law.* **1.** A confidential communication that one cannot be forced to divulge. **2.** A communication that is not subject to charges of slander or libel.

**priv·i·ly** (prĭv′ə-lē) *adv.* In a privy manner; privately or secretly.

**priv·i·ty** (prĭv′ĭ-tē) *n., pl.* **-ties. 1.** Knowledge of something private or secret shared between individuals, especially with the implication of approval or consent. **2.** *Law.* **a.** A relation between parties that is held to be sufficiently close and direct to support a legal claim on behalf of or against another person with whom this relation exists. **b.** A successive or mutual interest in or relationship to the same property. [Middle English *privete*, secrecy, privacy, from Old French, from Medieval Latin *prīvitās*, from Latin *prīvus*, single, alone. See **per¹** in Appendix.]

**priv·y** (prĭv′ē) *adj.* **1.** Made a participant in knowledge of something private or secret: *was privy to government secrets*. **2.** Belonging or proper to a person, such as the British sovereign, in a private rather than official capacity. **3.** Secret; concealed: *a private matter*. [Middle English *prive*, from Old French, from Latin *prīvātus*, private, from *prīvus*, single, alone. See **per¹** in Appendix.] —**privy** *n., pl.* **-ies. 1.a.** An outdoor toilet; an outhouse. **b.** A toilet. **2.** *Law.* One of the parties having an interest in the same matter.

**Priv·y Council** (prĭv′ē) *n.* *Abbr.* **P.C. 1.** A council of the British sovereign that until the 17th century was the supreme legislative body, that now consists of cabinet ministers ex officio and others appointed for life, and that has no important function except through its Judicial Committee, which in certain cases acts as a supreme appellate court in the Commonwealth. **2. privy council.** An advisory council to an executive. —**privy councilor** *n.*

**prix fixe** (prē′ fĕks′) *n., pl.* **prix fixes** (prē′ fĕks′). **1.** A complete meal of several courses, sometimes with choices permitted, offered by a restaurant at a fixed price. **2.** A fixed price charged for such a meal. **3.** See **table d'hôte** (sense 2). [French : *prix*, price + *fixe*, fixed.]

**prize¹** (prīz) *n.* **1.** Something offered or won as an award for superiority or victory, as in a contest or competition. See Syn-

**2. a.** Leeway for variation from a standard. **b.** The permissible deviation from a specified value of a structural dimension, often expressed as a percent. **3.** The capacity to endure hardship or pain. **4.** *Medicine.* **a.** Physiological resistance to a poison. **b.** The capacity to absorb a drug continuously or in large doses without adverse effect; diminution in the response to a drug after prolonged use. **5. a.** Acceptance of a tissue graft or transplant without immunological rejection. **b.** Unresponsiveness to an antigen that normally produces an immunological reaction. **6.** The ability of an organism to resist or survive infection by a parasitic or pathogenic organism.

**tol·er·ant** (tŏl′ər-ənt) *adj.* **1.** Inclined to tolerate the beliefs, practices, or traits of others; forbearing. See Synonyms at **broadminded. 2.** Able to withstand or endure an adverse environmental condition: *plants tolerant of extreme heat.* [French *tolérant,* from Latin *tolerāns,* present participle of *tolerāre,* to bear. See TOLERATE.] —**tol′er·ant·ly** *adv.*

**tol·er·ate** (tŏl′ə-rāt′) *tr.v.* **-at·ed, -at·ing, -ates. 1.** To allow without prohibiting or opposing; permit. **2.** To recognize and respect (the rights, beliefs, or practices of others). **3.** To put up with; endure. See Synonyms at **bear¹. 4.** *Medicine.* To have tolerance for (a substance or pathogen). [Latin *tolerāre, tolerāt-,* to bear. See **tele-** in Appendix.] —**tol′er·a′tive** *adj.* —**tol′er·a′tor** *n.*

**tol·er·a·tion** (tŏl′ə-rā′shən) *n.* **1.** Tolerance with respect to the actions and beliefs of others: "*Toleration . . . is the greatest gift of the mind*" (Helen Keller). **2.** Official recognition of the rights of individuals and groups to hold dissenting opinions, especially on religion.

**tol·i·dine** (tŏl′ĭ-dēn′) *n.* Any of several isomeric bases, $C_{14}H_{16}N_2$, derived from toluene, one of which is used as a reagent to test for gold and for chlorine in water. [TOL(UENE) + −ID(E) + −INE².]

**Tol·kien** (tŏl′kēn′, tōl′-), **J(ohn) R(onald) R(euel).** 1892–1973. British philologist and writer of the fantasies *The Hobbit* (1937) and *The Lord of the Rings* (1954–1955).

**toll¹** (tōl) *n.* **1.** A fixed charge or tax for a privilege, especially for passage across a bridge or along a road. **2.** A charge for a service, such as a long-distance telephone call. **3.** The amount or extent of loss or destruction, as of life, health, or property, caused by a disaster. —**toll** *tr.v.* **tolled, toll·ing, tolls. 1.** To exact as a toll. **2.** To charge a fee for using (a structure, such as a bridge). [Middle English, from Old English, variant of *toln,* from Medieval Latin *tolōnium,* from Late Latin *tolōnēum,* tollbooth, from Greek *telōneion,* from *telōnēs,* tax collector, from *telos,* tax. See **tele-** in Appendix.]

**toll²** (tōl) *v.* **tolled, toll·ing, tolls.** —*tr.* **1.** To sound (a large bell) slowly at regular intervals. **2.** To announce or summon by tolling. —*intr.* To sound in slowly repeated single tones. —**toll** *n.* **1.** The act of tolling. **2.** The sound of a bell being struck. [Middle English *tollen,* to ring an alarm, perhaps from *tollen,* to entice, pull, variant of *tillen,* from Old English *-tyllan.*]

**toll·booth¹** (tōl′bo͞oth′) *n.* A booth where a toll is collected. Also called *tollhouse.*

**toll·booth²** (tōl′bo͞oth′) *n.* Variant of **tolbooth.**

**toll bridge** *n.* A bridge at which a toll is charged for crossing.

**toll call** *n.* A telephone call for which a higher rate is charged than that standard for a local call.

**toll·gate** (tōl′gāt′) *n.* **1.** A gate barring passage to a road, tunnel, or bridge until a toll is collected. **2.** A tollbooth equipped with a gate.

**toll·house** (tōl′hous′) *n.* **1.** A house adjoining a tollgate and occupied by a toll collector. **2.** See **tollbooth¹.**

**tollhouse cookie** *n.* A cookie made with flour, brown sugar, semisweet chocolate chips, and often chopped nuts.

**Tol·stoy** or **Tol·stoi** (tōl′stoi, tŏl′-, tal-stoi′), Count **Leo** or **Lev Nikolayevich.** 1828–1910. Russian writer and philosopher whose great novels *War and Peace* (1864–1869) and *Anna Karenina* (1873–1876) offer extraordinary detail and profound psychological insights. His later theories of ethics and morality recommended nonparticipation in and passive resistance to evil. —**Tol·stoy′an, Tol·stoi′an** *adj.*

**Tol·tec** (tōl′tĕk′, tŏl′-) *n., pl.* **Toltec** or **-tecs.** A member of a Nahuatl-speaking people of central and southern Mexico whose empire flourished from the 10th century until it collapsed under invasion by the Aztecs in the 12th century. —**Toltec** also **Tol·tec·an** (-tĕk′ən, tōl′-) *adj.* Of or relating to the Toltec or their culture. [Spanish *tolteca,* from Nahuatl *toltecatl,* artisan, mechanic.]

**to·lu** (tə-lo͞o′) *n.* Balsam of Peru. [Spanish *tolú,* after *Tolú,* a seaport of northwest Colombia.]

**tol·u·ate** (tŏl′yo͞o-āt′) *n.* A salt or ester of toluic acid. [TOLU(IC ACID) + −ATE².]

**To·lu·ca** (tə-lo͞o′kə, tō-lo͞o′kä). A city of south-central Mexico west of Mexico City. Established as a settlement by Hernando Cortés in 1530, it is a commercial center. Population, 199,778.

**tol·u·ene** (tŏl′yo͞o-ēn′) also **tol·u·ol** (-ôl′, -ōl′, -ŏl′) *n.* A colorless flammable liquid, $C_6H_5CH_3$, obtained from coal tar and petroleum and used in aviation and other high-octane fuels, in dyestuffs, explosives, and as a solvent for gums and lacquers. Also called *methylbenzene.* [TOLU (from which it was originally obtained) + −ENE.]

**to·lu·ic acid** (tə-lo͞o′ĭk) *n.* Any of three isomeric acids, $C_8H_8O_2$, derived from toluene. [TOLU(ENE) + −IC.]

**to·lu·i·dine** (tə-lo͞o′ĭ-dēn′) *n.* Any of three isomeric compounds, $C_7H_9N$, used to make dyes. [TOLU(ENE) + −ID(E) + −INE².]

**tol·u·ol** (tŏl′yo͞o-ôl′, -ōl′, -ŏl′) *n.* Variant of **toluene.**

**Tol·yat·ti** (tŏl-yä′tē, tô-lyät′tē). See **Togliatti.**

**tol·yl** (tŏl′əl) *n.* The group $C_7H_7$, derived from toluene. Also called *cresyl.* [TOL(U) + −YL.]

**tom** (tŏm) *n.* The male of various animals, especially a male cat or turkey. [*Tom,* nickname for *Thomas.*]

**Tom** (tŏm) *n. Slang.* An Uncle Tom.

♦**tom·a·hawk** (tŏm′ə-hôk′) *n.* **1.** A light ax formerly used as a tool or weapon by certain Native American peoples. See Regional Note at **pone. 2.** A similar implement or weapon. —**tomahawk** *tr.v.* **-hawked, -hawk·ing, -hawks.** To strike with or as if with a tomahawk. [Virginia Algonquian *tamahaac.*]

**to·mal·ley** (tə-măl′ē, tŏm′ăl′ē) *n., pl.* **-leys.** The soft, green liver of cooked lobster, considered a delicacy. [Galibi *tamali.*]

**Tom and Jer·ry** (jĕr′ē) *n., pl.* **Tom and Jer·ries.** A hot drink consisting of rum or another liquor, a beaten egg, milk or water, sugar, and spices. [After Corinthian *Tom* and *Jerry* Hawthorn, characters in *Life in London,* a novel by Pierce Egan (1772–1849).]

**to·ma·til·lo** (tō′mə-tē′yō, -tĕl′yō) *n., pl.* **-los.** A species of ground cherry (*Physalis ixocarpa*) native to Mexico, widely naturalized in eastern North America, and having an edible, yellow to purple viscid fruit. [American Spanish, diminutive of *tomate,* tomato. See TOMATO.]

**to·ma·to** (tə-mā′tō, -mä′-) *n., pl.* **-toes. 1. a.** A widely cultivated South American plant (*Lycopersicon esculentum*) having edible, fleshy, usually red fruit. **b.** The fruit of this plant. **2.** *Slang.* A woman regarded as attractive. [Alteration of Spanish *tomate,* from Nahuatl *tomatl.*]

**WORD HISTORY:** It has been said that the real contributions to world civilization were made by the unknown inhabitants of the Americas who domesticated plants such as the potato and squash and not by the great pre-Columbian civilizations, including that of the Aztecs. The tomato was another contribution, its name coming ultimately from the Nahuatl language spoken by the Aztecs as well as by other groups in Mexico and Central America. The Spanish, who conquered the area, brought back the tomato to Spain and, borrowing the Nahuatl word *tomatl* for it, named it *tomate,* a form shared in French, Portuguese, and early Modern English. *Tomate,* first recorded in 1604, gave way to *tomato,* a form created in English either because it was assumed to be Spanish or under the influence of the word *potato.* In any case, as is well known, people resisted eating this New World food at first because its membership in the Nightshade family made it suspect, but it is now eaten throughout the world while Aztec civilization is memorialized by ruins.

**tomato fruit·worm** (fro͞ot′wûrm′) *n.* The destructive larva of a noctuid moth (*Heliothis zea*) of the United States that burrows into the fruit of tomato plants.

**tomato hornworm** *n.* The destructive larva of a North American hawk moth (*Manduca quinquemaculata*) that feeds on the leaves of tomato plants.

**tomb** (to͞om) *n.* **1.** A grave or other place of burial. **2.** A vault or chamber for burial of the dead. **3.** A monument commemorating the dead. [Middle English, from Old French *tombe,* from Late Latin *tumba,* from Greek *tumbos.* See **teue-** in Appendix.]

**tom·bac** also **tam·bac** or **tam·bak** (tŏm′băk) *n.* An alloy of copper with zinc and sometimes other metals, used in making inexpensive jewelry. [French, from Dutch *tombak,* from Malay *těmbaga.*]

**Tom·baugh** (tŏm′bô′), **Clyde William.** Born 1906. American astronomer who discovered the planet Pluto (1930).

**Tom·big·bee** (tŏm-bĭg′bē). A river, about 644 km (400 mi) long, rising in northeast Mississippi and flowing generally southward through western Alabama to join the Alabama River and form the Mobile River.

**tom·bo·lo** (tŏm′bə-lō′) *n., pl.* **-los.** A sandbar that connects an island to the mainland or to another island. [Italian, from Latin *tumulus,* mound. See TUMULUS.]

**tom·boy** (tŏm′boi′) *n.* A girl considered boyish or masculine in behavior or manner.

**tomb·stone** (to͞om′stōn′) *n.* A gravestone.

**Tomb·stone** (to͞om′stōn′). A city of southeast Arizona north-northwest of Bisbee. After silver was discovered here in 1877, Tombstone became one of the richest and most lawless frontier mining towns. Population, 1,632.

**tom·cat** (tŏm′kăt′) *n.* A male cat. —**tomcat** *intr.v.* **-cat·ted, -cat·ting, -cats.** *Slang.* To be sexually active with more than one partner. Used of men.

**tom·cod** (tŏm′kŏd′) *n., pl.* **tomcod** or **-cods.** Either of two edible marine fishes, *Microgadus tomcod* of North American Atlantic waters or *M. proximus* of northern Pacific waters, related to and resembling the cod.

**Tom Col·lins** (kŏl′ĭnz) *n.* A drink consisting of gin, lemon or lime juice, carbonated water, and sugar. [From the name *Tom Collins.*]

**Tom, Dick, and Har·ry** (tŏm′ dĭk′ ən hăr′ē) *n. Informal.*



tollbooth¹



Leo Tolstoy



tomahawk
Oglala Sioux tomahawk

| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ♦ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē).