# EXHIBIT C

THIRD COLLEGE EDITION

# Webster's New World Dictionary®

OF AMERICAN ENGLISH

**VICTORIA NEUFELDT**
Editor in Chief

**DAVID B. GURALNIK**
Editor in Chief Emeritus

**MACMILLAN • USA**

*Dedicated
to David B. Guralnik
lexicographical mentor
and friend*

Macmillan General Reference
A Prentice Hall/Macmillan Company
15 Columbus Circle
New York, NY 10023

This edition is a major revision of Webster's New World Dictionary®, Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979, 1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc., a Paramount Communications Company.

Copyright © 1994, 1991, 1988 by
Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a registered trademark
of Simon & Schuster, Inc.

*Dictionary Editorial Offices: New World
Dictionaries, 850 Euclid Avenue,
Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**

Webster's New World dictionary of American English / Victoria Neufeldt, editor in chief; David B. Guralnik, editor in chief emeritus.
—3rd college ed.
  p.  cm.
ISBN 0-671-88243-0 (thumb-indexed).—ISBN 0-671-88289-9 (plain-edged).—ISBN 0-671-88572-3 (leatherkraft).
1. English language—Dictionaries. 2. Americanisms—Dictionaries.
I. Neufeldt, Victoria.  II. Guralnik, David Bernard, 1920–
PE1628.W5633      1993           93-2961
423—dc20                          CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
The typefaces used are Century Schoolbook and Helvetica.
Manufactured in the United States of America

5  4  3           96  95  94

**print·less** (print′lis) *adj.* having, making, or leaving no print or mark
**print·mak·er** (print′māk′ər) *n.* a person who makes prints, etchings, etc. —**print′mak′ing** *n.*
**print-out** (print′out′) *n.* the output of a computer as printed on paper by its printer
**print shop** ☆1 a shop where printing is done: also **printing office** 2 a shop where prints, etchings, etc. are sold
**pri·or** (prī′ər) *adj.* [L, former, superior, compar. of OL *pri*, before: see PRIME] 1 preceding in time; earlier; previous; former 2 preceding in order or importance; preferred *[a prior choice]* —*n.* [ME < OE & OFr, both < ML(Ec), a prior < L: see the *adj.*] 1 the head of a priory or other religious house 2 in an abbey, the person in charge next below the abbot —**SYN.** PREVIOUS —**prior to** before in time
**Prior** (prī′ər), **Matthew** 1664-1721; Eng. poet
**pri·or·ate** (prī′ər it) *n.* [ME < ML(Ec) *prioratus* < LL(Ec), preferment] 1 the rank, office, or term of a prior: also **pri′or·ship′** 2

PRIVATE & -CY] 1 the quality or condition of being private; withdrawal from company or public view; seclusion 2 secrecy *[told in strict privacy]* 3 one's private life or personal affairs *[an invasion of one's privacy]*
**Pri·vat·do·cent** (prē vät′dō tsent′) *n., pl.* **-cent′en** (-ən) [Ger < *privat*, private + *docent, dozent*, teacher: see DOCENT] in German universities, an unsalaried lecturer paid only by students' fees: also sp. **Pri·vat′do·zent′**, *pl.* **-zent′en**
**pri·vate** (prī′vət) *adj.* [ME *pryvat* < L *privatus*, belonging to oneself, not to the state < *privare*, to separate, deprive < *privus*, separate, peculiar, prob. akin to OL *pri*: see PRIME] 1 of, belonging to, or concerning a particular person or group; not common or general *[private property, a private joke]* 2 not open to, intended for, or controlled by the public *[a private school]* 3 for an individual person *[a private room in a hospital]* 4 not holding public office *[a private citizen]* 5 away from public view; secluded *[a private dining room]* 6 not publicly or generally known; confidential *[a private matter]* 7 tending to keep one's personal matters to oneself *[a private person]* 8 carried out on an individual basis *[private medical practice]* 9 engaged in work independent of institutions, organizations, agencies, etc. *[private detective, private tutor]* —*n.* 1 [*pl.*] the genitals: also **private parts** 2 an enlisted man of either of the two lowest ranks in the U.S. Army or of the lowest rank in the U.S. Marine Corps —**go private** *Finance* to restore private ownership of a corporation by buying back publicly held stock —**in private** privately or secretly; not publicly —**pri′vate·ly** *adv.*
**private enterprise** FREE ENTERPRISE
**pri·va·teer** (prī′və tir′) *n.* [< PRIVAT(E) + -EER] 1 a privately owned and manned armed ship commissioned by a government in a war to attack and capture enemy ships, esp. merchant ships 2 a commander or crew member of a privateer: also ☆**pri′va·teers′man** (-tirz′mən), *pl.* **-men** (-men) —*vi.* to sail as a privateer
☆**private eye** [Slang] a private detective
☆**private first class** an enlisted man ranking just below a corporal in the U.S. Army and just below a lance corporal in the U.S. Marine Corps: abbrev. **PFC** or **Pfc**
**private law** that branch of the law dealing with the relationships between individuals: cf. PUBLIC LAW
**pri·va·tion** (prī vā′shən) *n.* [ME *privacion* < L *privatio* < *privare*: see PRIVATE] 1 a depriving or being deprived; deprivation; specif., the loss or absence of some quality or condition 2 lack of the ordinary necessities of life
**pri·va·tism** (prī′və tiz′əm) *n.* concern only with one's private life and personal involvements rather than with public affairs, social values, etc. —**pri′va·tist** or **pri′va·tis′tic** *adj.*
**pri·va·tive** (priv′ə tiv) *adj.* [L *privativus* < pp. of *privare*: see PRIVATE] 1 depriving or tending to deprive 2 characterized by a taking away or loss of some quality 3 *Gram.* indicating negation, absence, or loss —*n. Gram.* a privative term or affix, as A-² (sense 3), UN-, NON-, or -LESS —**priv′a·tive·ly** *adv.*
**pri·va·tize** (prī′və tīz′) *vt.* **-tized′**, **-tiz′ing** to make or hold private; specif., to turn over (a public function, property, service, etc.) to private interests —**pri′va·ti·za′tion** *n.*
**priv·et** (priv′it) *n.* [< ?] any of a genus (*Ligustrum*) of shrubs or trees of the olive family, with bluish-black berries and spikes of white flowers, often grown for hedges; esp., the **common privet** (*L. vulgare*)
**priv·i·lege** (priv′ə lij, priv′lij) *n.* [OFr < L *privilegium*, an exceptional law for or against any individual < *privus*, PRIVATE + *lex* (gen. *legis*), law: see LEGAL] 1 a right, advantage, favor, or immunity specially granted to one; esp., a right held by a certain individual, group, or class, and withheld from certain others or all others 2 [Rare] a basic civil right, guaranteed by a government *[the privilege of trial by jury]* 3 an option, as a put or call, to buy or sell a stock —*vt.* **-leged**, **-leg·ing** to grant a privilege or privileges to
**priv·i·leged** (-lijd) *adj.* 1 having one or more privileges 2 *Naut.* designating the vessel that has the right of way: see BURDENED
**privileged communication** *Law* 1 a communication that one cannot legally be compelled to divulge, as that to a lawyer from a client 2 a communication made under such circumstances, as in a legislative proceeding, that it is not actionable as slander or libel
**priv·i·ty** (priv′ə tē) *n., pl.* **-ties** [ME *privete* < L *privus*, PRIVATE] 1 *a*) private or secret knowledge, as shared between persons *b*) participation in this 2 *Law* a successive relationship to or mutual interest in the same property or rights, established by law or legalized by contract, as between a testator and legatee, lessor and lessee, etc.
**privy** (priv′ē) *adj.* [ME < OFr *prive* < L *privatus*, PRIVATE] 1 orig., private; not public: now only in such phrases as PRIVY COUNCIL 2 [Archaic] hidden, secret, furtive, etc. —*n., pl.* **priv′ies** 1 a toilet; esp., an outhouse 2 *Law* a person who is in privity with another —**privy to** privately informed about —**priv′i·ly** *adv.*
**privy council** a body of advisors or confidential counselors appointed by or serving a ruler, esp. a monarch —**privy councilor**
**privy purse** an allowance from the public revenue for the personal expenses of the British sovereign
**privy seal** in Great Britain, the seal placed on documents which are later to receive the great seal or which are not important enough to receive the great seal

[Left column continues with entries: **pri·or·ess** (prī′ər is), **pri·or·i·tize**, **pri·or·i·ty**, **pri·o·ry**, **Pripet**, **Pris·cian**, **Pris·cil·la**, **prise**, **prism**, **pris·mat·ic**, **prismatic colors**, **pris·ma·toid**, **pris·moid**, **pris·on**, **prison camp**, **pris·on·er**, **prisoner of war**, **prisoner's base**, **pris·sy**, entries ending around **prith·ee**, **pri·va·cy**]

[pronunciation key at bottom:] at, āte, cär; ten, ēve; is, ice; gō, hôrn, look, tool; oil, out; up, fur; ə for unstressed vowels, as a in ago, u in focus; ' as in Latin (lät′'n); chin; she; zh as in azure (azh′ər); thin, the; ŋ, ring
☆ = Americanism     **See inside front and back covers**

**able 3** [Colloq.] in reasonably good health —**tol′er·a·bil′i·ty** *n.* —**tol′er·a·bly** *adv.*

**tol·er·ance** (täl′ər əns) *n.* [ME *tolleraunce* < MFr *tolerance* < L *tolerantia*] **1** *a*) a tolerating or being tolerant, esp. of views, beliefs, practices, etc. of others that differ from one's own *b*) freedom from bigotry or prejudice **2** the amount of variation allowed from a standard, accuracy, etc.; specif., *a*) the amount that coins are legally allowed to vary from a standard of weight, fineness, etc. *b*) the difference between the allowable maximum and minimum sizes of some mechanical part, as a basis for determining the accuracy of a fitting **3** the ability to endure **4** *Med.* the natural or developed ability to resist the effects of the continued or increasing use of a drug, etc.

**tol·er·ant** (täl′ər ənt) *adj.* [L *tolerans*, prp.: see fol.] **1** having or showing tolerance of others' beliefs, practices, etc. **2** *Med.* of or having tolerance —**tol′er·ant·ly** *adv.*

**tol·er·ate** (täl′ər āt′) *vt.* **-at′ed, -at′ing** [< L *toleratus*, pp. of *tolerare*, to bear, sustain, tolerate < IE base *tel-*, to lift up, bear > THOLE², TALENT, L *tollere*, to lift up] **1** to not interfere with; allow; permit [to tolerate heresy] **2** to recognize and respect (others' beliefs, practices, etc.) without sharing them **3** to bear, or put up with (someone or something not especially liked) **4** *Med.* to have tolerance for (a specific drug, etc.) —SYN. BEAR¹ —**tol′er·a·tive** *adj.* —**tol′er·a·tor** *n.*

**tol·er·a·tion** (täl′ər ā′shən) *n.* [Fr *tolération* < L *toleratio*] **1** the act or an instance of tolerating **2** tolerance; esp., freedom to hold religious views that differ from the established ones —**tol′er·a′tion·ist** *n.*

**tol·i·dine** (täl′ə dēn′, -din) *n.* [TOL(UOL) + (BENZ)IDINE] any of a group of isomeric dimethyl derivatives of benzidine, $C_{14}H_{16}N_2$, used in the manufacture of dyes and in the detection of gold and chlorine

**To·li·ma** (tō lē′mä; *Sp* tô lē′mä) volcanic mountain of the Andes, in WC Colombia: 16,207 ft. (4,940 m)

**Tol·kien** (täl′kēn; *tôl′*-), **J(ohn) R(onald) R(euel)** 1892-1973; Eng. novelist, scholar, & linguist

**toll¹** (tōl) *n.* [ME < OE, akin to Ger *zoll*, ON *tollr* < MLowG *tol* < ML *tolneum* < VL **toloneum*, toll(house), for L *teloneum* < Gr *telōnion* < *telōnēs*, tax collector < *telos*, tax, akin to *tlēnai*, to support, bear: for IE base see TOLERATE] **1** a tax or charge for a privilege, esp. for permission to pass over a bridge, along a highway, etc. **2** a charge for service or extra service, as for transportation, for a long-distance telephone call, or, formerly, for having one's grain milled **3** the number lost, taken, exacted, etc.; exaction [the tornado took a heavy *toll* of lives] —*vi.* [Now Rare] to collect a toll or tolls —*vt.* [Now Rare] **1** to take or gather as a toll **2** to impose a toll on

**toll²** (tōl) *vt.* [ME *tollen*, to pull, ? akin to OE *-tyllan*, to mislead < IE base **del-* > TALE] **1** [Now Chiefly Dial.] to allure or entice; esp., to decoy (game, fish, etc.) **2** *a*) to ring (a church bell, etc.) slowly with regularly repeated strokes, esp. for announcing a death *b*) to sound (the hour, a knell, etc.) by this *c*) to announce, summon, or dismiss by this *d*) to announce the death of (someone) in this way —*vi.* to sound or ring slowly in regularly repeated strokes: said of a bell —*n.* **1** the act of tolling a bell **2** the sound of a bell tolling **3** a single stroke of the bell —**toll′er** *n.*

**toll·age** (tōl′ij) *n.* **1** toll, or tax **2** payment or demand of toll taken

**toll bar** a bar, gate, etc. for stopping travel at a point where tolls are taken

**toll·booth** (tōl′bōōth′) *n.* **1** [Now Chiefly Scot.] *a*) a town hall *b*) a jail or prison ☆**2** a booth at which tolls are collected, as at the entrance to a toll road

**toll bridge** a bridge at which tolls are paid for passage

**toll call** a long-distance telephone call, for which there is a charge beyond the local rate

**toll·gate** (tōl′gāt′) *n.* a gate for stopping travel at a point where tolls are taken

**toll·house** (-hous′) *n.* **1** a house at a tollgate, in which the tollkeeper lives **2** a booth, etc. where tolls are taken

☆**tollhouse cookie** [made with a recipe used at the *Toll House* in Whitman, Mass., near Brockton] a kind of chocolate chip cookie

**toll·keep·er** (-kē′pər) *n.* a collector of tolls at a tollgate

**toll road** a road for travel on which tolls must be paid Also **toll′way′** (-wā′) *n.*

**Tol·stoy** or **Tol·stoi** (tōl′stoi, tôl′-; *Russ* tôl stoi′), **Count Leo Ni·ko·la·ye·vich** (nē′kô lä′ye vich) 1828-1910; Russ. novelist & social theoretician: Russ. given name *Lev*

**Tol·tec** (täl′tek, tōl′-) *n.* [MexSp *Tolteca* < Nahuatl *to:lte:kaʔ*, lit., person from *to:lla:n*, Tula (ancient Toltec city) < *to:lin*, cattail] a member of the ancient Amerindian people that lived in Mexico before the Aztecs —*adj.* of the Toltecs or their culture: also **Tol′tec′an**

**to·lu** (tō lōō′) *n.* [Sp *tolú*, after *Tolú*, Caribbean seaport in Colombia] a fragrant gum obtained from the bark of a leguminous South American tree (*Myroxylon balsamum*), used in cough mixtures, flavorings, perfumes, etc. Also **tolu balsam**

**tol·u·ate** (täl′yōō āt′) *n.* a salt or ester of toluic acid

**To·lu·ca** (tə lōō′kə; *Sp* tō lōō′kä) **1** city in S Mexico; capital of Mexico state: pop. 357,000: in full **Toluca de Lerido 2** volcanic mountain near this city: 15,020 ft. (4,578 m)

**tol·u·ene** (täl′yōō ēn′) *n.* [TOLU + (BENZ)ENE] a colorless, liquid, flammable, poisonous hydrocarbon, $C_6H_5CH_3$, obtained originally from balsam of Tolu but now generally from coal tar or petroleum, and used in making dyes, explosives, etc. and as a solvent

**to·lu·ic acid** (tə lōō′ik, tä lōō′ik) any of four isomeric acids, $CH_3C_6H_4COOH$, carboxyl derivatives of toluene, used in the manufacture of various resins, in organic synthesis, etc.

**tol·u·ide** (täl′yōō īd′) *n.* any of a class of chemical compounds having the general formula $RCONHC_6H_4CH_3$, derived from the toluidines by the substitution of an acid radical for the amino hydrogen

**tol·u·i·dine** (tō lōō′ə dēn′, -din) *n.* any of three isomeric amino deriva-

tives, $CH_3C_6H_4NH_2$, of toluene, used in organic synthesis, in dyes, as a test reagent, etc.

**toluidine blue** a dark green powder, $C_{15}H_{16}N_3SCl·ZnCl_2$, used in dyeing textiles, as a biological stain, as a coagulant in medicine. etc.

**tol·u·ol** (täl′yōō ôl′, -ōl′) *n.* [TOLU + -OL¹] toluene; esp., crude commercial toluene

**tolu tree** the tree that yields tolu

**tol·u·yl** (täl′yōō il) *n.* [TOLU(IC ACID) + -YL] the monovalent radical $CH_3C_6H_4CO$

**tol·yl** (täl′il) *n.* [TOL(UIC ACID) + -YL] the monovalent radical $CH_3C_6H_4$, derived from toluene

**Tom** (täm) *n.* [< *Tom*, dim. of THOMAS, esp. infl. by TOMCAT, earlier *Tom the Cat* (c. 1760): cf. similar use of JACK] the male of some animals, esp. of the cat —*adj.* male [a *tom* turkey] Sometimes used in compounds, occasionally with derived senses, as *tomcod*

**Tom** (täm) *n.* ☆[Colloq.] UNCLE TOM —☆*vi.* **Tommed, Tom′ming** [*also* **t-**] [Colloq.] to behave like an Uncle Tom: an offensive term of contempt

☆**tom·a·hawk** (täm′ə hôk′) *n.* [Virginia (Algonquian) *tamahaac*, lit., tool for cutting off] a light ax, typically having a stone or bone head, used by North American Indians as a tool and a weapon —*vt.* to hit, cut, or kill with a tomahawk —**bury the tomahawk** to stop fighting; make peace

**tom·al·ley** (täm′al′ē) *n.* [Carib *taumali*] the liver of the lobster, which turns green when boiled and is considered a delicacy

**Tom and Jerry** (täm′ ən jer′ē) [after two characters in Egan's *Life in London* (1821)] ☆a hot drink made of rum and brandy or whiskey, beaten eggs, sugar, water or milk, and nutmeg

☆**to·ma·til·lo** (tō′mə tē′ō) *n.*, *pl.* **-los** [AmSp, dim. of *tomate*, TOMATO] **1** a small, round fruit with a papery husk, used as a vegetable in Mexican cooking: yellow to purple when ripe, but cooked when green **2** the plant (*Physalis ixocarpa*) on which this fruit grows

**to·ma·to** (tə māt′ō, -mät′ō) *n.*, *pl.* **-toes** [Sp *tomate* < Nahuatl *tomaλ*] **1** a red or yellowish fruit with a juicy pulp, used as a vegetable: botanically it is a berry **2** the annual plant (*Lycopersicon esculentum*) of the nightshade family, on which this berry grows ☆**3** [Old Slang] an attractive young woman

**tomato hornworm** a hawk moth (*Manduca quinquemaculata*) whose large, green caterpillar feeds on tomato plants

**tomb** (tōōm) *n.* [ME *toumbe* < Anglo-Fr *tumbe* (OFr *tombe*) < LL(Ec) *tumba* < Gr *tymbos*, tomb, funeral mound < IE **tu-*, var. of base **teu-*, to swell > THUMB, TUMOR] **1** a vault, chamber, or grave for the dead **2** a burial monument or cenotaph —*vt.* [Rare] to entomb —**the tomb** death —**tomb′less** *adj.* —**tomb′like**′ *adj.*

**tom·bac** or **tom·bak** (täm′bak′) *n.* [Fr *tombac* < Port *tambaca* < Malay *tembaga*, brass or copper < Sans *tamṛka*, lit., dark metal < *tāmrá-*, dark red < IE **temsro-* < base **tem-*, dark > TEMERITY] any of several alloys of copper and zinc, used in making cheap jewelry

**Tom·baugh** (täm′bô′), **Clyde William** 1906- ; U.S. astronomer: discovered Pluto (1930)

**Tom·big·bee** (täm big′bē) [< Choctaw, coffin maker < *itombi*, box, coffin + *ikbi*, maker: referring to burial boxes used by Choctaws] river flowing from NE Miss. through Ala., joining the Alabama River to form the Mobile River: 409 mi. (658 km)

**tom·bo·la** (täm bō′lä, täm′bə lä) *n.* [It, prob. < *tombolare*, to tumble] a British gambling game somewhat like bingo

**tom·bo·lo** (täm′bə lō′) *n.*, *pl.* **-los** [It < L *tumulus*, a mound: see TUMULUS] a bar of sand or other sediment tying an island to the mainland or another island

**Tom·bouc·tou** (tôn′bōōk tōō′; *Fr* tôn bōōk tōō′) town in central Mali, near the Niger River: pop. 21,000

**tom·boy** (täm′boi′) *n.* see TOM a girl who behaves or plays like an active boy; hoyden —**tom′boy′ish** *adj.* —**tom′boy′ish·ly** *adv.* —**tom′boy′ish·ness** *n.*

**tomb·stone** (tōōm′stōn′) *n.* a stone or monument, usually with an engraved inscription, marking a tomb or grave

**tom·cat** (täm′kat′) *n.* see TOM a male cat —*vi.* **-cat′ted, -cat′ting** [Slang] to be sexually promiscuous: said of a man

☆**tom·cod** (-käd′) *n.* see TOM any of a genus (*Microgadus*) of small, marine, gadoid food fishes

**Tom Collins** see COLLINS

**Tom, Dick, and Harry** everyone or anyone; people taken at random: usually preceded by *every* and used disparagingly

**tome** (tōm) *n.* [Fr < L *tomus* < Gr *tomos*, piece cut off, hence part of a book, volume < *temnein*, to cut: see -TOMY] **1** orig., any volume of a work of several volumes **2** a book, esp. a large, scholarly or ponderous one

**-tome** (tōm) [Gr < *tomon* < *tomos*: see prec.] *combining form* **1** cutting instrument [*microtome*] **2** section, division [*dermatome*]

**to·men·tose** (tō men′tōs, tō′mən tōs′) *adj.* [ModL *tomentosus* < L *tomentum*: see fol.] *Biol.* covered with a dense layer of short, matted, woolly hairs

**to·men·tum** (tō men′təm) *n.*, *pl.* **-ta** (-tə) [ModL < L, a stuffing (of hair, wool, etc.): for IE base see THUMB] **1** a growth of short, matted, woolly hairs, as on the stems or leaves of some plants **2** a network of very small blood vessels in the pia mater and the cortex of the cerebrum

**tom·fool** (täm′fōōl′) *n.* earlier *Tom Fool*, as in *Tom o'Bedlam*, poor *Tom*, names formerly applied to the demented and retarded a foolish, stupid, or silly person —*adj.* foolish, stupid, or silly

:24-cv-00748   Document 79-3   Filed 12/05/25   Page 5 of 5 PageID #: 548