# EXHIBIT D

# BLACK'S LAW DICTIONARY®

Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

## SIXTH EDITION

### BY

### THE PUBLISHER'S EDITORIAL STAFF

Coauthors

**JOSEPH R. NOLAN**

Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN-HALEY**

Associate Clinical Professor,
Fordham University School of Law

---

Contributing Authors

**M. J. CONNOLLY**
Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**
Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**
Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

"BLACK'S LAW DICTIONARY" is a registered trademark of West Publishing Co. Registered in U.S. Patent and Trademark Office.

COPYRIGHT © 1891, 1910, 1933, 1951, 1957, 1968, 1979 WEST PUBLISHING CO.
COPYRIGHT © 1990 By WEST PUBLISHING CO.
                50 West Kellogg Boulevard
                P.O. Box 64526
                St. Paul, Mn 55164–0526

All rights reserved
Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Black, Henry Campbell, 1850–1927.
   [Law dictionary]
  Black's law dictionary / by Henry Campbell Black. — 6th ed. / by
  the publisher's editorial staff ; contributing authors, Joseph R.
  Nolan ... [et al.]
     p.   cm.
   ISBN 0–314–76271–X
   1. Law—United States—Dictionaries.  2. Law—Dictionaries.
I. Nolan, Joseph R.  II. Title.
KF156.B53  1990
340'.03—dc20                                       90–36225
                                                                         CIP

**ISBN** 0–314–76271–X

**ISBN** 0–314–77165–4 deluxe

Black's Law Dictionary 6th Ed.
2nd Reprint—1990



**Privacy laws.** Those federal and state statutes which prohibit an invasion of a person's right to be left alone (*e.g.* to not be photographed in private), and also restrict access to personal information (*e.g.* income tax returns, credit reports); and overhearing of private communications (*e.g.* electronic surveillance). Some provide for equitable relief in the form of injunction to prevent the invasion of privacy while others specifically call for money damages and some provide for both legal and equitable protection. See *e.g.* Fair Credit Reporting Act (15 U.S.C.A. § 1681n–p). *See also* Privacy, right of.

The federal Privacy Act (5 U.S.C.A. § 552a) provides for making known to the public the existence and characteristics of all personal information systems kept by every Federal agency. The Act permits an individual to have access to records containing personal information on that individual and allows the individual to control the transfer of that information to other Federal agencies for nonroutine uses. The Act also requires all Federal agencies to keep accurate accountings of transfers of personal records to other agencies and outsiders, and to make the accountings available to the individual. The Act further provides for civil remedies for the individual whose records are kept or used in contravention of the requirements of the Act.

Breach of privacy is knowingly and without lawful authority: (a) Intercepting, without the consent of the sender or receiver, a message by telephone, telegraph, letter or other means of private communications; or (b) Divulging, without the consent of the sender or receiver, the existence or contents of such message if such person knows that the message was illegally intercepted, or if he illegally learned of the message in the course of employment with an agency in transmitting it. Kansas Criminal Code 21–4002. *See* Eavesdropping; Wiretapping.

**Privacy, right of.** The right to be let alone; the right of a person to be free from unwarranted publicity; and right to live without unwarranted interference by the public in matters with which the public is not necessarily concerned. Term "right of privacy" is generic term encompassing various rights recognized to be inherent in concept of ordered liberty, and such right prevents governmental interference in intimate personal relationships or activities, freedoms of individual to make fundamental choices involving himself, his family, and his relationship with others. Industrial Foundation of the South v. Texas Indus. Acc. Bd., Tex., 540 S.W.2d 668, 679. The right of an individual (or corporation) to withhold himself and his property from public scrutiny, if he so chooses.

It is said to exist only so far as its assertion is consistent with law or public policy, and in a proper case equity will interfere, if there is no remedy at law, to prevent an injury threatened by the invasion of, or infringement upon, this right from motives of curiosity, gain or malice. Federal Trade Commission v. American Tobacco Co., 264 U.S. 298, 44 S.Ct. 336, 68 L.Ed. 696. While there is no right of privacy found in any specific guarantees of the Constitution, the Supreme Court has recognized that zones of privacy may be created by more specific constitutional guarantees and thereby impose limits upon governmental power. Paul v. Davis, 424 U.S. 693, 712, 96 S.Ct. 1155, 1166, 47 L.Ed.2d 405; Whalen v. Roe, 429 U.S. 589, 97 S.Ct. 869, 51 L.Ed.2d 64. See also Warren and Brandeis, The Right to Privacy, 4 Harv.L.Rev. 193.

Tort actions for invasion of privacy fall into four general classes: *Appropriation,* consisting of appropriation, for the defendant's benefit or advantage, of the plaintiff's name or likeness, Carlisle v. Fawcett Publications, 201 Cal.App.2d 733, 20 Cal.Rptr. 405; *Intrusion,* consisting of intrusion upon the plaintiff's solitude or seclusion, as by invading his home (Ford Motor Co. v. Williams, 108 Ga.App. 21, 132 S.E.2d 206), eavesdropping (LaCrone v. Ohio Bell Tel. Co., 114 Ohio App. 299, 182 N.E.2d 15, 19 O.O.2d 236); as well as persistent and unwanted telephone calls (Housh v. Peth, 165 Ohio St. 35, 133 N.E.2d 340, 59 O.O. 60); *Public disclosure of private facts,* consisting of a cause of action in publicity, of a highly objectionable kind, given to private information about the plaintiff, even though it is true and no action would lie for defamation, Melvin v. Reid, 112 Cal.App. 285, 297 P. 91; *False light in the public eye,* consisting of publicity which places the plaintiff in a false light in the public eye, Norman v. City of Las Vegas, 64 Nev. 38, 177 P.2d 442.

*See also* False light privacy; Invasion of privacy.

**Private.** Affecting or belonging to private individuals, as distinct from the public generally. Not official; not clothed with office. People v. Powell, 280 Mich. 699, 274 N.W. 372, 373.

As to *private* Act; Agent; Bill; Boundary; Business; Carrier; Chapel; Corporation; Detective; Dwelling; Easement; Examination; Ferry; Nuisance; Pond; Property; Prosecutor; Rights; Road; Sale; School; Seal; Statute; Stream; Trust; Water; War; Way; Wharf; and Wrong, see those titles.

**Private bank.** An unincorporated banking institution owned by an individual or partnership and, depending upon state statutes, subject to or free from state regulation.

**Private bill.** Legislation for the special benefit of an individual or a locality. Many State constitutions prohibit such legislation except by general law. *See also* Private law.

**Privateer** /pràyvətír/. A vessel owned, equipped, and armed by one or more private individuals, and duly commissioned by a belligerent power to go on cruises and make war upon the enemy, usually by preying on his commerce. A private vessel commissioned by a nation by the issue of a letter of marque to its owner to carry on all hostilities by sea, presumably according to the laws of war. Formerly a state issued letters of marque to its own subjects, and to those of neutral states as well, but a privateersman who accepted letters of marque from both belligerents was regarded as a pirate. By the Declaration of Paris (April, 1856), privateering was abolished, but the United States, Spain,

**Tolerate.** To allow so as not to hinder; to permit as something not wholly approved of; to suffer; to endure.

**Toleration.** The allowance of religious opinions and modes of worship which are contrary to, or different from, those of the established church or belief.

**Toleration Act.** The statute 1 W. & M. St. 1, c. 18, for exempting Protestant dissenters from the penalties of certain laws is so called.

**Toll,** *v.* To bar, defeat, or take away; thus, to toll the entry means to deny or take away the right of entry.

To suspend or stop temporarily as the statute of limitations is tolled during the defendant's absence from the jurisdiction and during the plaintiff's minority.

**Toll,** *n.* A sum of money for the use of something, generally applied to the consideration which is paid for the use of a road, highway, bridge, or the like, of a public nature. Sands v. Manistee River Imp. Co., 123 U.S. 288, 8 S.Ct. 113, 31 L.Ed. 149; Rogge v. United States, C.C.A.Alaska, 128 F.2d 800, 802. The price of the privilege of travel over that particular highway and it is a quid pro quo and rests on principle that he who receives the toll does or has done something as an equivalent to him who pays it. State ex rel. Washington Toll Bridge Authority v. Yelle, 195 Wash. 636, 82 P.2d 120, 125. Charge for long-distance telephone calls.

**Tollage.** Payment of toll; money charged or paid as toll; the liberty or franchise of charging toll.

**Tollbooth.** A prison; a customhouse; an exchange; also the place where goods are weighed or tolls collected.

**Tolldish.** A vessel by which the toll of corn for grinding is measured.

**Toller.** One who collects tribute or taxes.

**Tollere** /tóləriy/. Lat. In the civil law, to lift up or raise; to elevate; to build up.

**Tolle voluntatem et erit omnis actus indifferens** /tóliy voləntéytəm èt éhrət ómniy ǽktəs indífərenz/. Take away the will, and every action will be indifferent.

**Tolls.** In a general sense, any manner of customs, subsidy, prestation, imposition, or sum of money demanded for exporting or importing of any goods or merchandise to be taken of the buyer. *See also* Toll.

**Tollsester** /towlséstər/. In old English law, an excise; a duty paid by tenants of some manors to the lord for liberty to brew and sell ale.

**Tolt.** In old English law, a writ whereby a cause depending in a court baron was taken and removed into a county court.

**Tolta** /tówltə/. In old English law, wrong; rapine; extortion.

**Tomb** /túwm/. An excavation in earth or rock, intended to receive the dead body of a human being.

**Tombstone** /túwmstòwn/. Stone marking place of burial and usually inscribed with memorial of deceased.

**Tombstone ad.** A notice, circular or advertisement placed in newspaper of a stock offering containing basic information and language to the effect that the announcement is neither an offer to sell nor a solicitation of an offer to buy any of the securities listed. The actual securities offer is made only by means of the prospectus. *See also* Red herring.

**Ton.** A measure of weight; differently fixed, at two thousand pounds avoirdupois, or at twenty hundred-weights, each hundred-weight being one hundred and twelve pounds avoirdupois. A short ton is 20 short hundred-weight (2000 lbs.) or 0.907 metric tons; a long ton is 20 long hundred-weight (2240 lbs.) or 1.016 metric tons. There are also various types of tons in shipping usage; *e.g.* freight ton and register ton.

**Ton mile.** In transportation, the measure equal to the transportation of one ton of freight one mile.

**Tonnage.** The capacity of a vessel for carrying freight or other loads, calculated in tons. But the way of estimating the tonnage varies in different countries. Per ton duty or charge on cargo. Total shipping tonnage of country or port.

**Tonnage-duty.** A tax laid upon vessels according to their tonnage or cubical capacity. The vital principle of a tonnage duty is that it is imposed, whatever the subject, solely according to the rule of weight, either as to the capacity to carry or the actual weight of the thing itself. 46 U.S.C.A. § 121 et seq.

**Tonnage-rent.** When the rent reserved by a mining lease or the like consists of a royalty on every ton of minerals gotten in the mine, it is often called a "tonnage-rent." There is generally a dead rent in addition.

**Tonnagium** /tənéyj(iy)əm/. In old English law, a custom or impost upon wines and other merchandise exported or imported, according to a certain rate per ton.

**Tonnetight** /tə́ntàyt/. In old English law, the quantity of a ton or tun, in a ship's freight or bulk, for which tonnage or tunnage was paid to the king.

**Tonsura** /tons(y)úrə/. Lat. In old English law, a shaving, or polling; the having the crown of the head shaven; tonsure. One of the peculiar badges of a clerk or clergyman.

**Tontine** /tontíyn/. A financial arrangement (such as an insurance policy) in which a group of participants share advantages on such terms that upon the default or death of any participant, his advantages are distributed among the remaining participants until only one remains, whereupon the whole goes to him; or on the expiration of an agreed period, the whole goes to those participants remaining at that time. Under the "Tontine" plan of insurance, no accumulation or earnings are credited to the policy unless it remains in force for the Tontine period of a specified number of years. Thus those who survive the period and keep their policies in force share in the accumulated funds and those who die or permit their policies to lapse during period do not; neither do their beneficiaries participate in such accumulation.