> **ORDER:** The motion (Doc. No. 73) is GRANTED.
>
> */s/ William L. Campbell, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES INC.,<br><br>    Defendant. | Case No. 3:24-cv-00748<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## UNOPPOSED MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Defendant, Metropolis Technologies Inc., by and through its attorneys, respectfully moves pursuant to Local Rule 83.01(h) to substitute counsel and states as follows:

1. Defendant's counsel of record is Brigid M. Carpenter and Clare Marie F. Hodge, both of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., and Corey T. Hickman and Melissa A. Siebert, both of the law firm Cozen O'Connor P.C.

2. Defendant wishes to substitute Jonathan E. Nelson (TN BPR No. 028029) and James W. Miller (TN BPR No. 040369) in place of Ms. Carpenter and Ms. Hodge.

3. Mr. Nelson is located in Memphis, Tennessee and Mr. Miller is located in Nashville, Tennessee; both are admitted to practice before this Court; and both are willing and prepared to represent Defendant Metropolis Technologies, Inc. in this matter.

4. Defendant respectfully requests that Ms. Carpenter and Ms. Hodge be removed from this matter and have no further responsibility for representation of Defendant.