# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,

                **Plaintiffs,**

v.

METROPOLIS TECHNOLOGIES INC., a Delaware corporation,

                **Defendant.**

**Case No: 3:24-cv-00748**

**Judge William L. Campbell, Jr.**
**Magistrate Judge Jeffery S. Frensley**

**CLASS ACTION**

**JURY DEMAND**

## PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL ("Plaintiffs") hereby respectfully move this Court for an Order extending the deadline for Plaintiffs to respond to METROPOLIS TECHNOLOGIES, INC.'s ("Defendant" or "Metropolis") Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (the "Motion") (Doc. No. 79). In support of this Motion Plaintiffs respectfully state:

1.      On July 21, 2025, the Court consolidated these cases (Doc. 49) and thereafter lifted the stay on the parties' briefing of Metropolis's previously filed Motion to Dismiss, (Doc. 52).

2.      Subsequently, on September 12, 2025, the Court appointed J. Gerard Stranch, IV, of Stranch, Jennings & Garvey, PLLC, and Janet Varnell of Varnell & Warwick, P.A., as Interim Lead Counsel. (Doc. 61).

3.      On October 15, 2025, Plaintiffs then filed their Consolidated Amended Complaint (Doc. 65).

4.      On October 22, 2025 the Court accordingly denied Metropolis's Motion to Dismiss

as moot (Doc. 69).

5.  On October 30, 2025, Defendant filed an Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Consolidated Class Action Complaint (Doc. 76), which the Court granted (Doc. 77).

6.  On December 5, 2025, Defendant timely filed its Motion to Dismiss. (Doc. 79).

7.  Plaintiffs' current deadline to oppose Defendant's Motion to Dismiss is therefore December 19, 2025. *See* LR 7.01(a)(3).

8.  Plaintiffs require additional time to respond in order to fully review and investigate the novel allegations raised in the Defendant's Motion. Due to demands in Interim Lead Counsel's other class cases, including two upcoming class certification briefing deadlines, one dispositive motion deadline, and prior scheduled expert depositions, and the upcoming holidays, Interim Lead Counsel requires an extension of time to oppose Defendant's Motion. In fairness to the Defendant, Plaintiffs also seek a reciprocal extension for Defendant's Reply.

9.  On December 9, 2025, pursuant to Local Rule 7.01(a)(1), undersigned counsel emailed Defendant through counsel to confer regarding this extension request. The Defendant does not oppose the requested relief.

10. This request for an extension of time is not submitted for purposes of delay, and no party will be prejudiced by the extension requested by this Motion.

WHEREFORE, Plaintiffs respectfully request an extension of time to oppose Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, up to and including January 30, 2026. Plaintiffs also seek a reciprocal extension for Defendant's Reply deadline, up to and including February 13, 2026.

Dated: December 16, 2025                Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
John C. Roberts (TN BPR 042673)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
jroberts@stranchlaw.com

Janet R. Varnell *(pro hac vice)*
Brian W. Warwick *(pro hac vice)*
Christopher J. Brochu *(pro hac vice)*
**VARNELL & WARWICK, P.A.**
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
Tel: (352) 753-8600
jvarnell@vandwlaw.com
bwarwick@vandwlaw.com
cbrochu@vandwlaw.com
service@vandwlaw.com

***Interim Lead Counsel for Plaintiffs
and the Putative Class***

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the individuals listed below via the Court's electronic filing system, this the 16th day of December, 2025:

Mary Ann Parker
**PARKER & CROFFORD**
5115 Maryland Way
Brentwood, TN 37027
(615) 244-2445
Fax: (615) 255-6037
mparker@parker-crofford.com

Scott D. Owens
**SCOTT D. OWENS PA**
2750 N. 29th Avenue
Suite 209A
Hollywood, FL 33020
(954) 589-0588
scott@scottdowens.com

Brittany S. Scott
**SMITH KRIVOSHEY, PC** (CA Office)
28 Geary Street
Suite 650, No. 1507
San Francisco, CA 94108
415-839-7000
brittany@skclassactions.com

Caroline C. Donovan
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
646-437-6409
cdonovan@bursor.com

Philip Lawrence Fraietta
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10606
914-874-0710
pfraietta@bursor.com

Matthew J. Langley
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
708-529-5418
matt@almeidalawgroup.com

Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Suite 1610
Chicago, IL 60611
872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com

***Counsel for Consolidated Plaintiffs***

Jonathan E. Nelson
**BASS, BERRY & SIMS PLC**
100 Peabody Place, Suite 1300
Memphis, TN 38103-3672
901-543-5900
jenelson@bassberry.com

James W. Miller
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
615-742-6261
james.miller@bassberry.com

Christopher M. Walling
Suyash Agrawal
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL 60602
(312) 283-1590
Fax: (312) 379-0467
cwalling@masseygail.com
sagrawal@masseygail.com

***Counsel for Defendant***

*/s/ J. Gerard Stranch, IV*

J. Gerard Stranch, IV (TN BPR 23045)