> **ORDER:** The motion (Doc. No. 81) is GRANTED.
>
> */s/ William L. Campbell, Jr.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>METROPOLIS TECHNOLOGIES INC., a Delaware corporation,<br><br>        Defendant. | Case No: 3:24-cv-00748<br><br>**Judge William L. Campbell, Jr.**<br>Magistrate Judge Jeffery S. Frensley<br><br>**CLASS ACTION**<br><br>**JURY DEMAND** |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiffs YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL ("Plaintiffs") hereby respectfully move this Court for an Order extending the deadline for Plaintiffs to respond to METROPOLIS TECHNOLOGIES, INC.'s ("Defendant" or "Metropolis") Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (the "Motion") (Doc. No. 79). In support of this Motion Plaintiffs respectfully state:

    1.    On July 21, 2025, the Court consolidated these cases (Doc. 49) and thereafter lifted the stay on the parties' briefing of Metropolis's previously filed Motion to Dismiss, (Doc. 52).

    2.    Subsequently, on September 12, 2025, the Court appointed J. Gerard Stranch, IV, of Stranch, Jennings & Garvey, PLLC, and Janet Varnell of Varnell & Warwick, P.A., as Interim Lead Counsel. (Doc. 61).

    3.    On October 15, 2025, Plaintiffs then filed their Consolidated Amended Complaint (Doc. 65).

    4.    On October 22, 2025 the Court accordingly denied Metropolis's Motion to Dismiss