# EXHIBIT 1

# STATE OF TENNESSEE, COUNTY OF DAVIDSON

**To Any Lawful Officer to Execute and Return:**

Summon Keilis S. Johnson

to appear before the Metropolitan General Sessions Court of Davidson County, Tennessee, to be held in

**Courtroom 1B**, Justice A. A. Birch Building, 408 Second Avenue North, Nashville, Tennessee,

on March 25, 20 26 at **9:45 a.m.**, then and there to answer in

a civil action brought by the Plaintiff(s) for:

breach of contract, unjust enrichment, and quantum meruit as a direct and proximate result of Defendant's wrongful use and occupancy of real property in the form of parking lot(s) and/or garage(s) operated by Plaintiff, for which Defendant has not paid and has accrued a balance in the total amount of $8,434.25 as of the date of this filing. Plaintiff seeks to recover monetary damages plus interest and costs in an amount

under $ 25,000.00 Dollars

**JUDGMENT**

Judgment for _____

against _____ for

$ _____ Dollars and cost of suit for

which execution may issue. Entered: _____, 20 ____

**To request an ADA accommodation, please contact Trey Collier at (615) 880-3309**

_____, Judge, Division ____, Metropolitan General Sessions Court

---

**COURTROOM 1B**

No. _____

☐ Alias
☐ Amended
☐ Counter-Claim

Metropolis Technologies, Inc.
Plaintiff(s)
Address _____
_____
Telephone _____

**vs.**

Keilis S. Johnson
Defendant
808 Skyline Ridge Dr, Apt 816, Madison, TN 37115
Address _____
_____

Defendant _____
Address _____

**C | CIVIL WARRANT | C**
Metropolitan General Sessions Court

Issued _____, 20 26

**JOSEPH P. DAY, Clerk**

By: _____
Deputy Clerk

Day of week Wednesday

Set for 9:45 A.M. on March 25, 20 26
Courtroom 1B, Justice A. A. Birch Building
408 Second Avenue North
P.O. Box 196304
Nashville, Tennessee 37219-6304
Office: 615-862-5195

Reset for: _____

Came to hand same day issued and executed as commanded on:
_____
_____

Served: _____, 20 ____
_____
Sheriff/Process Server

Joseph Hubbard (TN Bar # 29226)
Attorney for Plaintiff
615-252-3940
Telephone
_____
Attorney for Defendant

9/1/22

## NOTICE

**TO THE DEFENDANT(S):**

Failure to appear and answer this Summons will result in judgment by default being rendered against you for the relief requested. Tennessee law provides a ten thousand dollar ($10,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these items include items of necessary wearing apparel (clothing) for yourself and your family and trunks and other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to execute it, you may wish to seek the counsel of a lawyer.

**AFFIDAVIT**

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is/is not a member of a military service.

_____
Plaintiff or Attorney for Plaintiff

_____
Notary Public       My Commission Expires _____

**ORDER**

_____
_____
_____

Entered:_____ 20____

Judge, Division _____, Metropolitan General Sessions Court

**ORDER**

_____
_____
_____

Entered:_____ 20____

Judge, Division _____, Metropolitan General Sessions Court

**ORDER**

_____
_____
_____

Entered:_____ 20____

Judge, Division _____, Metropolitan General Sessions Court