# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | No. 3:24-cv-00748 |
| Plaintiffs, | ) | |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| METROPOLIS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Defendant's motion to dismiss (Doc. No. 79) filed under Rule 12(b)(6), which is fully briefed. (*See* Doc. Nos. 83, 84). Plaintiffs bring the present suit against Defendant for its alleged noncompliance with the federal Driver's Privacy Protection Act, 18 U.S.C § 2721, *et seq*. (*See* Consolidated Class Action Complaint, Doc. No. 65). Accepting Plaintiffs' factual allegations as true and drawing all reasonable inferences in their favor, as the Court must at the pleading stage, the operative complaint includes enough facts to clear the low bar of plausibility. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Accordingly, the motion to dismiss (Doc. No. 79) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE