**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE**

| | | |
|---|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:24-cv-00748 Judge Campbell/Frensley |
| v. | ) ) | |
| METROPOLIS TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**JOINT MOTION TO SET INITIAL CASE MANAGEMENT CONFERENCE, OR, FOR ENTRY OF THE PARTIES' AGREED PROPOSED INITIAL CASE MANAGEMENT ORDER**

COME NOW the Parties, by and through undersigned counsel, and hereby move this Court to set a Case Management Conference in this matter, or, in the alternative to enter the proposed Initial Case Management Order, submitted contemporaneously with this motion.

Respectfully submitted,

**PARKER & CROFFORD**

/s/ Mary A. Parker
Mary A. Parker (TN Bar #6016)
Parker & Crofford
5115 Maryland Way
Brentwood, Tennessee 37027
Tel.: 615-244-2445
Fax: 615-255-6037
mparker@parker-crofford.com

Janet R. Varnell (FL Bar #0071072)
Christopher J. Brochu (FL Bar #1013897)
Varnell & Warwick, P.A.
400 N Ashley Drive, Suite 1900
Tampa, Florida 33602
jvarnell@vandwlaw.com
cbrochu@vandwlaw.com
ckoerner@vandwlaw.com

Scott D. Owens (FL Bar #0597651)
2750 N. 29th Avenue, Suite 209A
Hollywood, Florida 33020
scott@scottdowens.com

Bret Lusskin, Jr. (FL Bar #28069)
1025 E. Hallandale Beach
Boulevard Suite 1532
Hallandale Beach, Florida 33009
blusskin@lusskinlaw.com

*Attorneys for Plaintiff Alhindi Yousef*

James Gerard Stranch , IV (TN Bar # 023045)
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
615-254-8801
Fax: 615-250-3937
gstranch@stranchlaw.com

Brittany S Scott (CA Bar # 327132)
Smith Krivoshey, PC
166 Geary Str
Ste 1500-1507
San Francisco, CA 94108
415-839-7000
brittany@skclassactions.com

Caroline C. Donovan (NY Bar # 6093124)
Bursor & Fisher, P.A.
1330 Avenue of the Americas
32nd Floor
New York, NY 10019

2

646-437-6409
cdonovan@bursor.com

Philip Lawrence Fraietta (NY Bar # 5297825)
Bursor & Fisher, P.A.
1330 Avenue of the Americas
32nd Floor
New York, NY 10019
646-837-7150
pfraietta@bursor.com

*Attorneys for Matthew Petrone
and Gregory Anderson*


/s/ Jonathan E. Nelson
Jonathan E. Nelson (TN BPR No. 028029)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
Phone: (901) 543-5900
Facsimile: (615) 742-6293
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com

Suyash Agrawal (*pro hac vice*)
Christopher M. Walling (*pro hac vice*)
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendant Metropolis Technologies*

3