IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES INC.,<br><br>    Defendant. | Case No. 3:24-cv-00748<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## **MOTION FOR ADMISSION PRO HAC VICE OF LAURA ZENZEROVICH**

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Laura Zenzerovich hereby moves for admission to appear *pro hac vice* in the above-captioned action as additional counsel for Defendant Metropolis Technologies, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1.    I am a member in good standing of the United States District Court for the Northern District of Illinois.  Attached as **Exhibit A** is a Certificate of Good Standing from that Court.

2.    I am not, nor have I ever been, the subject of disciplinary action by any disciplinary authority, court, or tribunal.

3.    I have not been found in contempt by any court or tribunal.

4.    I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and email address of local counsel retained in this matter:

Jonathan E. Nelson (TN BPR No. 028029)
**BASS, BERRY & SIMS PLC**
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
Telephone: (901) 543-5900
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
Telephone: (615) 742-6200
james.miller@bassberry.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in this course of the proceedings.

DATED: August 6, 2026

Respectfully submitted,

*/s/ Laura Zenzerovich*
Laura Zenzerovich
**MASSEY & GAIL LLP**
50 E. Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
lzenzerovich@masseygail.com

Jonathan E. Nelson (TN BPR No. 028029)
**BASS, BERRY & SIMS PLC**
100 Peabody Place, Suite 1300
Memphis, TN 38103
Phone: (901) 543-5900
Facsimile: (615) 742-6293
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
**BASS, BERRY & SIMS PLC**
21 Platform Way South, Suite 3500
Nashville, TN 37203
Phone: (615) 742-6200
Facsimile: (615) 742-6293
james.miller@bassberry.com


*Counsel for Defendant
Metropolis Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026 a true and correct copy of the foregoing was filed

via the CM/ECF system which will forward a copy to all counsel of record.


_/s/ Jonathan E. Nelson_
Jonathan E. Nelson