# EXHIBIT A

# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Laura R. Zenzerovich

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Laura R. Zenzerovich was duly admitted to practice in said Court on (09/05/2023) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (08/05/2026 )

Thomas G. Bruton , Clerk,

By:  Madison P Vesely
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ M. VESELY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
August 5, 2026