IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated, | ) | Case No. 3:24-cv-00748 |
| Plaintiffs, | ) | |
| v. | ) | Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |
| METROPOLIS TECHNOLOGIES INC., | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to Section L of the Initial Case Management Order (Dkt. 96), the Plaintiffs and Defendant Metropolis Technologies, Inc. (the "Parties") jointly submit the following:

1. The Parties have been negotiating the terms of a proposed Stipulated Protective Order and a proposed Protocol Governing the Production of Electronically Stored Information ("ESI Protocol"). The Parties have exchanged proposals for each and are meeting and conferring in good faith to resolve the remaining differences between their respective proposals.

2. At this time, the Parties anticipate that they will be able to resolve their remaining differences without the Court's intervention. The Parties will submit the proposed Stipulated Protective Order and ESI Protocol to the Court once agreement is reached and no later than October 16, 2026.

DATED: October 2, 2026

Respectfully submitted and stipulated to by the parties through their undersigned counsel:

*/s/ Mary A. Parker with permission by JEN*
Mary A. Parker (TN Bar #006016)
PARKER & CROFFORD
5115 Maryland Way
Brentwood, TN 37027
Tel.: 615-244-2445
Fax: 615-255-6037
mparker@parker-crofford.com

Janet R. Varnell (FL Bar #0071072)
(pro hac vice)
Brian W. Warwick (FL Bar #0605573)
(pro hac vice)
Christopher J. Brochu (FL Bar #1013897)
(pro hac vice)
VARNELL & WARWICK, P.A.
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
Tel.: (352) 753-8600
Fax: (352) 504-3301
jvarnell@vandwlaw.com
bwarwick@vandwlaw.com
cbrochu@vandwlaw.com

Scott D. Owens (FL Bar #597651)
(pro hac vice)
SCOTT D. OWNES, P.A.
2750 N. 29th Avenue, Suite 209A
Hollywood, FL 33020
Tel.: (954) 589-0588
scott@scottdowens.com

Bret L. Lusskin, Jr. (FL Bar #28069)
(pro hac vice)
BRET LUSSKIN, P.A.
1025 E. Hallandale Beach, Blvd., Ste 1532
Hallandale Beach, FL 33009
Tel.: (954) 454-5841
Fax: (954) 454-5844
blusskin@lusskinlaw.com

*Attorneys for Plaintiff Yousef Alhindi*

James Gerard Stranch, IV (TN Bar 023045)
John C. Roberts

STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave., Suite 200Nashville, TN 37203
Tel.: 615-254-8801
Fax: 615-250-3937
gstranch@stranchlaw.com
jroberts@stranchlaw.com

Brittany S Scott (CA Bar #327132)
Smith Krivoshey, PC
166 Geary Str
Ste 1500-1507
San Francisco, CA 94108
415-839-7000
brittany@skclassactions.com

Caroline C. Donovan (NY Bar # 6093124)
BURSOR & FISHER, P.A.
1330 Ave. of the Americas
32nd Floor
New York, NY 10019
Tel.: 646-437-6409
cdonovan@bursor.com

Philip Lawrence Fraietta (NY Bar #5297825)
BURSOR & FISHER P.A.
50 Main Street, Ste. 475
White Plains, NY 10606
New York, NY 10019
Tel.: (914)-874-0710
pfraietta@bursor.com

*Attorneys for Plaintiffs Matthew Petrone*
*and Gregory Anderson*

*<u>/s/ Jonathan E. Nelson</u>*
Jonathan E. Nelson (TN BPR No. 028029)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 1300
Memphis, Tennessee 38103
Phone: (901) 543-5900
Facsimile: (615) 742-6293
jenelson@bassberry.com

James W. Miller (TN BPR No. 040369)
BASS, BERRY & SIMS PLC
21 Platform Way South, Suite 3500
Nashville, Tennessee 37203
Phone: (615) 742-6200

Facsimile: (615) 742-6293
james.miller@bassberry.com

Suyash Agrawal (*pro hac vice*)
Christopher M. Walling (*pro hac vice*)
MASSEY & GAIL LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
Phone: (312) 283-1590
Facsimile: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Attorneys for Defendant Metropolis Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2026 a true and correct copy of the foregoing was filed via the CM/ECF system which will forward a copy to all counsel of record.

*/s/ Jonathan E. Nelson*
Jonathan E. Nelson