**GRANTED.** The Clerk of Court is directed to file the Agreed Protective Order at D. E. 100-1.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| YOUSEF ALHINDI, MATTHEW PETRONE, GREGORY ANDERSON, and BRENDAN APPEL, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>METROPOLIS TECHNOLOGIES, INC.,<br><br>*Defendant*. | **Case No. 3:24-cv-00748**<br><br>**Chief Judge William L. Campbell, Jr.**<br>**Magistrate Judge Jeffery S. Frensley** |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to the Court's Initial Case Management entered September 16, 2026 [ECF No. 96], the parties hereby jointly move for entry of the proposed agreed protective order attached hereto as Exhibit A. The parties have agreed in writing to the terms of the protective order, and there exists good cause for entry of the same because discovery is expected to include nonpublic business, technical, commercial, vendor, customer, payment, account, vehicle, license-plate, personal identifying, and privacy-sensitive information, including information concerning Metropolis's parking-facility operations, license-plate recognition or camera systems, enforcement practices, customer-support communications, notices, vendor relationships, and skip-trace or data-provider processes.

WHEREFORE the parties respectfully request that the Court enter the proposed agreed protective order attached hereto as Exhibit A.